# Exhibit A

# United States of America

## United States Patent and Trademark Office

# THE FIVE LOVE LANGUAGES

**Reg. No. 3,810,681**

**Registered Jun. 29, 2010**

**Renewal Term Begins Jun. 29, 2020**

**10 Year Renewal/Corrected**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

The Moody Bible Institute of Chicago  (ILLINOIS NOT-FOR-PROFIT CORPORATION )
820 N. Lasalle Boulevard
Chicago, ILLINOIS 60610

CLASS 16: Series of publications, namely, books, pamphlets, brochures and printed materials related to personal skills and relationships

FIRST USE 00-00-1992; IN COMMERCE 00-00-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 77-870,622, FILED 11-11-2009





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## THE 5 LOVE LANGUAGES

**Reg. No. 4,636,739**

**Registered Nov. 11, 2014**

**Corrected Jul. 28, 2020**

**Int. Cl.: 9, 16, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**

The Moody Bible Institute of Chicago  (ILLINOIS NOT-FOR-PROFIT CORPORATION )
820 North Lasalle Blvd.
Chicago, ILLINOIS 60610

CLASS 9: Electronic publications, namely, downloadable e-books in the field of personal skills and relationships; Downloadable software in the nature of a mobile application regarding personal skills and relationships; Audio and video recordings featuring information and advice about personal skills and relationships; Audio books in the field of personal skills and relationships; Pre-recorded DVDs featuring information and advice about personal skills and relationships

FIRST USE 00-00-2010; IN COMMERCE 00-00-2010

CLASS 16: Series of publications, namely, books, pamphlets, brochures related to personal skills and relationships; printed materials, namely, calendars and greeting cards containing themes related to personal skills and relationships

FIRST USE 00-00-2010; IN COMMERCE 00-00-2010

CLASS 41: Providing a website featuring blogs and non-downloadable publications in the nature of articles and study guides in the fields of personal skills and relationships; Providing a website featuring non-downloadable videos and audio recordings concerning information and advice about personal skills and; Educational services, namely, conducting conferences, seminars, webinars in the field of personal skills and relationships

FIRST USE 00-00-2010; IN COMMERCE 00-00-2010

CLASS 45: Providing a website featuring information and advice about personal skills and relationships, not for entertainment purposes

FIRST USE 00-00-2010; IN COMMERCE 00-00-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3810681

SER. NO. 86-236,645, FILED 03-31-2014

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# THE 5 LOVE LANGUAGES

**Reg. No. 5,581,100**

**Registered Oct. 09, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

The Moody Bible Institute of Chicago  (ILLINOIS NON-PROFIT CORPORATION)
820 N. Lasalle Boulevard
Chicago, ILLINOIS 60610

CLASS 14: Jewelry

FIRST USE 7-26-2018; IN COMMERCE 7-26-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3810681, 4636739

SER. NO. 86-544,665, FILED 02-24-2015



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# Love Language

**Reg. No. 6,481,595**

**Registered Sep. 14, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Fluytco Inc.  (CANADA CORPORATION)
117 Corrstate Ave, Unit 1
Concord, Ontario, CANADA L4K4Y2

CLASS 28: Playing cards; Board games

FIRST USE 6-28-2019; IN COMMERCE 6-28-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-840,395, FILED 03-19-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**Generated on:** This page was generated by TSDR on 2022-02-21 23:32:06 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90889093

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Pillows; bed pillows; decorative pillows; novelty pillows; accent pillows; wall plaques made of wood or plastic

**International Class(es):** 020 - Primary Class

**U.S Class(es):** 002, 013, 022, 025, 032, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION      **State or Country Where Organized:** ILLINOIS

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.      **Docket Number:** NCJ02-01064

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com      **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000      **Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com      **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING      **Date in Location:** Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:28:40 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

| | |
|---|---|
| **US Serial Number:** 90889095 | **Application Filing Date:** Aug. 18, 2021 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **TM5 Common Status Descriptor:** | LIVE/APPLICATION/Awaiting Examination |



The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Å registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing a website featuring information regarding personal relationships; Providing a web site featuring information in the fields of personal relationships, personal growth and motivation, and self-fulfillment; Providing spiritual and philosophical guidance in the field of personal relationships; Counseling services; preparation of customized gift baskets

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

| | |
|---|---|
| Owner Address: | 820 N. LaSalle Blvd.<br>Chicago, ILLINOIS UNITED STATES 60610 |
| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION |

State or Country Where Organized: ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01021 |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | PAUL D. MCGRADY, JR.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. WACKER DRIVE, SUITE 2800<br>CHICAGO, ILLINOIS UNITED STATES 60601 |
| Phone: | 312-527-4000 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com |

Fax: 312-754-2354

Correspondent e-mail Authorized: Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:42:02 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889098

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Day spa services; beauty spa services; health spa services for health and wellness of the body and spirit

**International Class(es):** 044 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | |
|---|---|---|
| **Legal Entity Type:** NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | |
|---|---|---|
| **Attorney Name:** Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01081 |
| **Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

| | |
|---|---|
| **Phone:** 312-527-4000 | **Fax:** 312-754-2354 |
| **Correspondent e-mail:** MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | |
|---|---|
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:41:15 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90889101 | **Application Filing Date:** | Aug. 18, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination | |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application will be assigned to an examining attorney approximately 6 months after filing date. | | |
| **Status Date:** | Aug. 21, 2021 | | |

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Day spa services; beauty spa services; health spa services for health and wellness of the body and spirit

**International Class(es):** 044 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |
|---|---|---|---|

# Attorney/Correspondence Information

### Attorney of Record

| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01080 |
|---|---|---|---|
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
|---|---|---|---|
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |
|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2022-02-21 23:28:13 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889102      **Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Services for providing food and drink; temporary accommodations

**International Class(es):** 043 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No      **Currently Use:** No

**Filed ITU:** Yes      **Currently ITU:** Yes

**Filed 44D:** No      **Currently 44E:** No

**Filed 44E:** No      **Currently 66A:** No

**Filed 66A:** No      **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | |
|---|---|---|
| **Legal Entity Type:** NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01017 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. |
| | TAFT STETTINIUS & HOLLISTER LLP |
| | 111 E. WACKER DRIVE, SUITE 2800 |
| | CHICAGO, ILLINOIS UNITED STATES 60601 |

| | | | |
|---|---|---|---|
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |

Generated on: This page was generated by TSDR on 2022-02-21 23:27:55 EST

Mark: LOVE LANGUAGE

# LOVE LANGUAGE

US Serial Number: 90889104

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:



Status: New application will be assigned to an examining attorney approximately 6 months after filing date.

Status Date: Aug. 21, 2021

Application Filing Date: Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Mark Information

Mark Literal Elements: LOVE LANGUAGE

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the Å registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Services for providing food and drink; temporary accommodations

International Class(es): 043 - Primary Class

U.S Class(es): 100, 101

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

Filed Use: No

Filed ITU: Yes

Filed 44D: No

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently Use: No

Currently ITU: Yes

Currently 44A: No

Currently 66A: No

Currently No Basis: No

## Current Owner(s) Information

Owner Name: The Moody Bible Institute of Chicago

Owner Address: 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01016 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 |

| | | | |
|---|---|---|---|
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:21:00 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

| | |
|---|---|
| **US Serial Number:** 90889106 | **Application Filing Date:** Aug. 18, 2021 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **TM5 Common Status Descriptor:**  | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** New application will be assigned to an examining attorney approximately 6 months after filing date. | |
| **Status Date:** Aug. 21, 2021 | |

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Education services, training services, production and distribution of radio programs, organizing exhibitions and conferences, publication of books, journals, blogs and other texts in print and online

**International Class(es):** 041 - Primary Class      **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.

Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01015

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:41:00 EST

**Mark:** LOVE LANGUAGES

## LOVE LANGUAGES

**US Serial Number:** 90889111

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing travel and transport information services; travel agency services

**International Class(es):** 039 - Primary Class

**U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION

State or Country ILLINOIS
Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Paul D. McGrady, Jr.

Docket Number: NCJ02-01079

Attorney Primary MoodyIPTeam@taftlaw.com
Email Address:

Attorney Email Yes
Authorized:

**Correspondent**

Correspondent PAUL D. MCGRADY, JR.
Name/Address: TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000

Fax: 312-754-2354

Correspondent e- MoodyIPTeam@taftlaw.com
mail:

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: NEW APPLICATION PROCESSING

Date in Location: Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:40:37 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90889115

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing travel and transport information services; travel agency services

**International Class(es):** 039 - Primary Class

**U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | |
|---|---|---|
| **Legal Entity Type:** NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Paul D. McGrady, Jr. | **Docket Number:** NCJ02-01078 |
| **Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

| | |
|---|---|
| **Phone:** 312-527-4000 | **Fax:** 312-754-2354 |
| **Correspondent e-mail:** MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:40:15 EST

**Mark:** LOVE LANGUAGES

## LOVE LANGUAGES

**US Serial Number:** 90889118

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Online retail store services featuring a wide variety of consumer goods and services

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 44A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01077 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 |

| | | | |
|---|---|---|---|
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:39:58 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90889120

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Online retail store services featuring a wide variety of consumer goods and services

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |
|---|---|---|---|

# Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01076 |
|---|---|---|---|
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
|---|---|---|---|
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 21, 2021 |
|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2022-02-21 23:39:40 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889121

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cut flowers; live flowers

**International Class(es):** 031 - Primary Class

**U.S Class(es):** 001, 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44D:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01075 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:39:21 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

| | |
|---|---|
| **US Serial Number:** 90889126 | **Application Filing Date:** Aug. 18, 2021 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:** | LIVE/APPLICATION/Awaiting Examination |
| | The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** New application will be assigned to an examining attorney approximately 6 months after filing date. | |
| **Status Date:** Aug. 21, 2021 | |

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cut flowers; live flowers

**International Class(es):** 031 - Primary Class          **U.S Class(es):** 001, 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No |
| **Filed ITU:** Yes | | **Currently ITU:** Yes |
| **Filed 44D:** No | | **Currently 44D:** No |
| **Filed 44E:** No | | **Currently 44E:** No |
| **Filed 66A:** No | | **Currently 66A:** No |
| **Filed No Basis:** No | | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION     State or Country Where Organized: ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Paul D. McGrady, Jr.     Docket Number: NCJ02-01074

Attorney Primary Email Address: MoodyIPTeam@taftlaw.com     Attorney Email Authorized: Yes

### Correspondent

Correspondent Name/Address: PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000     Fax: 312-754-2354

Correspondent e-mail: MoodyIPTeam@taftlaw.com     Correspondent e-mail Authorized: Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: NEW APPLICATION PROCESSING     Date in Location: Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:43:09 EST

**Mark:** THE 5 LOVE LANGUAGES

THE 5 LOVE LANGUAGES

**US Serial Number:** 97040803

**Application Filing Date:** Sep. 22, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Sep. 25, 2021

## Mark Information

**Mark Literal Elements:** THE 5 LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3810681, 4636739, 5581100 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Printed coloring books

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 01, 2016

**Use in Commerce:** Oct. 01, 2016

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01087

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 25, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Sep. 25, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:18:26 EST

**Mark:** LOVE LANGUAGES

## LOVE LANGUAGES

**US Serial Number:** 97040805

**Application Filing Date:** Sep. 22, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Sep. 25, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3810681, 4636739, 5581100 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electronic publications; downloadable software; audio recordings, video recordings, audio books, DVDs, MP3 files, apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data; recorded and downloadable media, computer software; Downloadable podcasts; downloadable software in the form of a mobile application; all of the foregoing related to religious, spiritual, ethical, and social topics

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No                                    **Currently No Basis:** No
**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago
**Owner Address:** 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610
**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION        **State or Country** ILLINOIS
                                                         **Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.              **Docket Number:** NCJ02-01003
**Attorney Primary** MoodyIPTeam@taftlaw.com          **Attorney Email** Yes
**Email Address:**                                   **Authorized:**

### Correspondent

**Correspondent** PAUL D. MCGRADY, JR.
**Name/Address:** TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601
**Phone:** 312-527-4000                                      **Fax:** 312-754-2354
**Correspondent e-** MoodyIPTeam@taftlaw.com        **Correspondent e-** Yes
**mail:**                                            **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 25, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING       **Date in Location:** Sep. 25, 2021

Generated on: This page was generated by TSDR on 2022-02-21 23:18:03 EST

Mark: LOVE LANGUAGES

# LOVE LANGUAGES

US Serial Number: 97040806

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



Application Filing Date: Sep. 22, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application will be assigned to an examining attorney approximately 6 months after filing date.

Status Date: Sep. 25, 2021

## Mark Information

Mark Literal Elements: LOVE LANGUAGES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Related Properties Information

Claimed Ownership of US Registrations: 3810681, 4636739, 5581100 and others

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Printed Bibles

International Class(es): 016 - Primary Class

U.S Class(es): 002, 005, 022, 023, 029, 037, 038, 050

Class Status: ACTIVE

Basis: 1(a)

First Use: Oct. 01, 2012

Use in Commerce: Oct. 01, 2012

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01001

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 25, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Sep. 25, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:43:42 EST

**Mark:** LOVE LANGUAGE

## LOVE LANGUAGE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97047728 | **Application Filing Date:** | Sep. 27, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Oct. 27, 2021

# Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 3810681, 4636739, 5581100 and others

# Goods and Services

**Note:**
The following symbols indicate that the Ä registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Printed matter, instructional and teaching materials; calendars; organizers; greeting cards; printed occasion cards; blank note cards; printed postcards; blank paper notebooks; printed coupon books; printed coloring books; pens; gift sets consisting primarily of printed messages, books, and paper goods

**International Class(es):** 016 - Primary Class    **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

Filed No Basis: No

## Current Owner(s) Information

Owner Name: The Moody Bible Institute of Chicago

Owner Address: 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION

State or Country ILLINOIS
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Paul D. McGrady, Jr.

Docket Number: NCJ02-01088

Attorney Primary MoodyIPTeam@taftlaw.com
Email Address:

Attorney Email Yes
Authorized:

### Correspondent

Correspondent PAUL D. MCGRADY, JR.
Name/Address: TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000

Fax: 312-754-2354

Correspondent e- MoodyIPTeam@taftlaw.com
mail:

Correspondent e- Yes
mail Authorized:

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 27, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 30, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: NEW APPLICATION PROCESSING

Date in Location: Oct. 27, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:18:45 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 97092022

**Application Filing Date:** Oct. 25, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Oct. 28, 2021

# Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 3810681, 4636739, 5581100 and others

# Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Series of publications

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 07, 2020

**Use in Commerce:** Jul. 07, 2020

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 44A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01005

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 09, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 28, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Oct. 28, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:28:27 EST

**Mark:** LOVE LANGUAGE

## LOVE LANGUAGE

**US Serial Number:** 97140811

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Nov. 24, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Nov. 27, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3810681, 4636739, 5581100 and others

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing a website featuring information regarding personal relationships; Providing a website featuring information in the fields of personal relationships, personal growth and motivation, and self-fulfillment; Providing spiritual and philosophical guidance in the field of personal relationships; Counseling services; preparation of customized gift baskets

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 06, 2021

**Use in Commerce:** May 06, 2021

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Filed 66A:** No                              **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 North LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION     **State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.          **Docket Number:** NCJ02-01020

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000                           **Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 30, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 27, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING     **Date in Location:** Nov. 27, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:30:00 EST
**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881798

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Blankets

**International Class(es):** 010 - Primary Class

**U.S Class(es):** 026, 039, 044

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01060

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:31:07 EST

**Mark:** LOVE LANGUAGES

## LOVE LANGUAGES

**US Serial Number:** 90881810

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Å registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Blankets

**International Class(es):** 010 - Primary Class

**U.S Class(es):** 026, 039, 044

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 44D:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01061 |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 17, 2021 |

Generated on: This page was generated by TSDR on 2022-02-21 23:42:49 EST

Mark: LOVE LANGUAGE

LOVE LANGUAGE

US Serial Number: 90881812

Application Filing Date: Aug. 13, 2021

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application will be assigned to an examining attorney approximately 6 months after filing date.

Status Date: Aug. 17, 2021

## Mark Information

Mark Literal Elements: LOVE LANGUAGE

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the Ã registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Bath soaps; beauty soaps; body soaps; body lotions; face lotions; hand lotions; bathing lotions; beauty lotions; non-medicated bath salts; body oils; bath oils; essential oils for personal use; massage oils; gift baskets containing non-medicated bath preparations, body preparations, and cosmetic preparations

International Class(es): 003 - Primary Class

U.S Class(es): 001, 004, 006, 050, 051, 052

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: No | | Currently Use: No | |
| Filed ITU: Yes | | Currently ITU: Yes | |
| Filed 44D: No | | Currently 44E: No | |
| Filed 44E: No | | Currently 66A: No | |
| Filed 66A: No | | Currently No Basis: No | |
| Filed No Basis: No | | | |

## Current Owner(s) Information

Owner Name: The Moody Bible Institute of Chicago

| | |
|---|---|
| Owner Address: | 820 N. LaSalle Blvd.<br>Chicago, ILLINOIS UNITED STATES 60610 |
| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION |

State or Country Where Organized: ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| Attorney Name: | Paul D. McGrady, Jr. |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com |

Docket Number: NCJ02-01082

Attorney Email Authorized: Yes

### Correspondent

Correspondent Name/Address: PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

| | | | |
|---|---|---|---|
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 17, 2021 |

Generated on: This page was generated by TSDR on 2022-02-21 23:28:55 EST

Mark: LOVE LANGUAGES

LOVE LANGUAGES

US Serial Number: 90881816

Application Filing Date: Aug. 13, 2021

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application will be assigned to an examining attorney approximately 6 months after filing date.

Status Date: Aug. 17, 2021

## Mark Information

Mark Literal Elements: LOVE LANGUAGES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Bath soaps; beauty soaps; body soaps; body lotions; face lotions; hand lotions; bathing lotions; beauty lotions; non-medicated bath salts; body oils; bath oils; essential oils for personal use; massage oils; gift baskets containing non-medicated bath preparations, body preparations, and cosmetic preparations

International Class(es): 003 - Primary Class

U.S Class(es): 001, 004, 006, 050, 051, 052

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

Filed Use: No

Currently Use: No

Filed ITU: Yes

Currently ITU: Yes

Filed 44D: No

Currently 44E: No

Filed 44E: No

Currently 66A: No

Filed 66A: No

Currently No Basis: No

Filed No Basis: No

## Current Owner(s) Information

Owner Name: The Moody Bible Institute of Chicago

Owner Address: 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION

State or Country ILLINOIS
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Paul D. McGrady, Jr.

Docket Number: NCJ02-01057

Attorney Primary Email Address: MoodyIPTeam@taftlaw.com

Attorney Email Authorized: Yes

**Correspondent**

Correspondent Name/Address: PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000

Fax: 312-754-2354

Correspondent e-mail: MoodyIPTeam@taftlaw.com

Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: NEW APPLICATION PROCESSING

Date in Location: Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:29:10 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881820

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Candles

**International Class(es):** 004 - Primary Class

**U.S Class(es):** 001, 006, 015

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01058 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:29:38 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90881830      **Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Candles

**International Class(es):** 004 - Primary Class      **U.S Class(es):** 001, 006, 015

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No      **Currently Use:** No

**Filed ITU:** Yes      **Currently ITU:** Yes

**Filed 44D:** No      **Currently 44D:** No

**Filed 44E:** No      **Currently 44E:** No

**Filed 66A:** No      **Currently 66A:** No

**Filed No Basis:** No      **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION     **State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.     **Docket Number:** NCJ02-01059

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000     **Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING     **Date in Location:** Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:31:26 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881832

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

**Application Filing Date:** Aug. 13, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Ä registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Women's jewelry; men's jewelry

**International Class(es):** 014 - Primary Class

**U.S Class(es):** 002, 027, 028, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 44D:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01062 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 |

| | | | |
|---|---|---|---|
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:31:43 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90881835

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 13, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Women's jewelry; men's jewelry

**International Class(es):** 014 - Primary Class

**U.S Class(es):** 002, 027, 028, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01063 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

Generated on: This page was generated by TSDR on 2022-02-21 23:36:42 EST

Mark: LOVE LANGUAGE

# LOVE LANGUAGE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90881836 | **Application Filing Date:** | Aug. 13, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bed sheets; pillow cases and shams

**International Class(es):** 024 - Primary Class

**U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01066 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:37:02 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

| | |
|---|---|
| **US Serial Number:** 90881839 | **Application Filing Date:** Aug. 13, 2021 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:** | LIVE/APPLICATION/Awaiting Examination |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bed sheets; pillow cases and shams

**International Class(es):** 024 - Primary Class

**U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |
|---|---|---|---|

# Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01067 |
|---|---|---|---|
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
|---|---|---|---|
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 17, 2021 |
|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2022-02-21 23:37:26 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881843

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 13, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Ⱥ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Artificial flowers

**International Class(es):** 026 - Primary Class

**U.S Class(es):** 037, 039, 040, 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01068 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** | 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** | MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | | Proceeding Number |
|---|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:37:50 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90881845

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Aug. 13, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Artificial flowers

**International Class(es):** 026 - Primary Class       **U.S Class(es):** 037, 039, 040, 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No

**Filed ITU:** Yes                   **Currently ITU:** Yes

**Filed 44D:** No                    **Currently 44D:** No

**Filed 44E:** No                    **Currently 44E:** No

**Filed 66A:** No                    **Currently 66A:** No

**Filed No Basis:** No               **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01069 |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. |
| | TAFT STETTINIUS & HOLLISTER LLP |
| | 111 E. WACKER DRIVE, SUITE 2800 |
| | CHICAGO, ILLINOIS UNITED STATES 60601 |

| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:38:05 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881849

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Å registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Decorative wall hangings

**International Class(es):** 027 - Primary Class

**U.S Class(es):** 019, 020, 037, 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01070 |
| **Attorney Primary Email Address:** | MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 |
| **Phone:** 312-527-4000 | **Fax:** 312-754-2354 |
| **Correspondent e-mail:** MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 17, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:38:28 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90881850

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

**Application Filing Date:** Aug. 13, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the  registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Decorative wall hangings

**International Class(es):** 027 - Primary Class

**U.S Class(es):** 019, 020, 037, 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION    State or Country ILLINOIS
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Paul D. McGrady, Jr.    Docket Number: NCJ02-01071

Attorney Primary [MoodyIPTeam@taftlaw.com](mailto:MoodyIPTeam@taftlaw.com)    Attorney Email Yes
Email Address:    Authorized:

**Correspondent**

Correspondent PAUL D. MCGRADY, JR.
Name/Address: TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000    Fax: 312-754-2354

Correspondent e- [MoodyIPTeam@taftlaw.com](mailto:MoodyIPTeam@taftlaw.com)    Correspondent e- Yes
mail:    mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: NEW APPLICATION PROCESSING    Date in Location: Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:38:42 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90881852

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Gift baskets containing candy and confectionary products; candy; confectioneries

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

Legal Entity Type: NOT-FOR-PROFIT CORPORATION
State or Country Where Organized: ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Paul D. McGrady, Jr.

Docket Number: NCJ02-01072

Attorney Primary Email Address: MoodyIPTeam@taftlaw.com

Attorney Email Authorized: Yes

### Correspondent

Correspondent Name/Address: PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

Phone: 312-527-4000

Fax: 312-754-2354

Correspondent e-mail: MoodyIPTeam@taftlaw.com

Correspondent e-mail Authorized: Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: NEW APPLICATION PROCESSING

Date in Location: Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:39:03 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90881854

**Application Filing Date:** Aug. 13, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 17, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Gift baskets containing candy and confectionary products; candy; confectioneries

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | |
|---|---|
| **Legal Entity Type:** NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.  **Docket Number:** NCJ02-01073

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com  **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000  **Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com  **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 17, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING  **Date in Location:** Aug. 17, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:20:43 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889075

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Toys; apparatus for playing games and sports; amusement and novelty items; puzzle games; Christmas tree ornaments and decorations; holiday and seasonal decorations and home décor

**International Class(es):** 028 - Primary Class

**U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.

Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country** ILLINOIS
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01011

**Attorney Primary** MoodyIPTeam@taftlaw.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** PAUL D. MCGRADY, JR.
**Name/Address:** TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-** MoodyIPTeam@taftlaw.com
**mail:**

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:20:28 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90889079

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

**Application Filing Date:** Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Toys; apparatus for playing games and sports; amusement and novelty items; puzzle games; Christmas tree ornaments and decorations; holiday and seasonal decorations and home decor

**International Class(es):** 028 - Primary Class

**U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.

Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION **State or Country** ILLINOIS
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr. **Docket Number:** NCJ02-01010

**Attorney Primary** MoodyIPTeam@taftlaw.com **Attorney Email** Yes
**Email Address:** **Authorized:**

### Correspondent

**Correspondent** PAUL D. MCGRADY, JR.
**Name/Address:** TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000 **Fax:** 312-754-2354

**Correspondent e-** MoodyIPTeam@taftlaw.com **Correspondent e-** Yes
**mail:** **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING **Date in Location:** Aug. 21, 2021

**Generated on:** This page was generated by TSDR on 2022-02-21 23:20:09 EST

**Mark:** LOVE LANGUAGES

## LOVE LANGUAGES

**US Serial Number:** 90889081

**Register:** Principal

**Mark Type:** Trademark

**Application Filing Date:** Aug. 18, 2021

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Apparel, namely, footwear, headwear, and loungewear; infant clothing

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |
|---|---|---|---|

# Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01009 |
|---|---|---|---|
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
|---|---|---|---|
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 21, 2021 |
|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2022-02-21 23:19:44 EST

**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

**US Serial Number:** 90889084      **Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Å registrant/owner has amended the goods/services;
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Apparel, namely, footwear, headwear, and loungewear; infant clothing

**International Class(es):** 025 - Primary Class      **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | |
| **Filed ITU:** Yes | **Currently ITU:** Yes | |
| **Filed 44D:** No | **Currently 44D:** No | |
| **Filed 44E:** No | **Currently 66A:** No | |
| **Filed 66A:** No | **Currently No Basis:** No | |
| **Filed No Basis:** No | | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01008 |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. | | |
| | TAFT STETTINIUS & HOLLISTER LLP | | |
| | 111 E. WACKER DRIVE, SUITE 2800 | | |
| | CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:19:28 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889085

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 18, 2021

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the Ä registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** glassware and goods made of porcelain, ceramic, earthenware, terra-cotta or glass; water bottles

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| | | |
|---|---|---|
| **Legal Entity Type:** NOT-FOR-PROFIT CORPORATION | **State or Country Where Organized:** | ILLINOIS |

# Attorney/Correspondence Information

### Attorney of Record

| | | |
|---|---|---|
| **Attorney Name:** Paul D. McGrady, Jr. | **Docket Number:** | NCJ02-01007 |
| **Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | |
|---|---|---|
| **Correspondent Name/Address:** PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| **Phone:** 312-527-4000 | **Fax:** | 312-754-2354 |
| **Correspondent e-mail:** MoodyIPTeam@taftlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | |
|---|---|---|
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:19:04 EST
**Mark:** LOVE LANGUAGE

LOVE LANGUAGE

| | | | |
|---|---|---|---|
| **US Serial Number:** 90889088 | | **Application Filing Date:** Aug. 18, 2021 | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination | |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.
**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGE
**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the  registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** glassware and goods made of porcelain, ceramic, earthenware, terra-cotta or glass; water bottles
**International Class(es):** 021 - Primary Class    **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050
**Class Status:** ACTIVE
**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago
**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

| Legal Entity Type: | NOT-FOR-PROFIT CORPORATION | State or Country Where Organized: | ILLINOIS |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Paul D. McGrady, Jr. | Docket Number: | NCJ02-01006 |
| Attorney Primary Email Address: | MoodyIPTeam@taftlaw.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | PAUL D. MCGRADY, JR. TAFT STETTINIUS & HOLLISTER LLP 111 E. WACKER DRIVE, SUITE 2800 CHICAGO, ILLINOIS UNITED STATES 60601 | | |
| Phone: | 312-527-4000 | Fax: | 312-754-2354 |
| Correspondent e-mail: | MoodyIPTeam@taftlaw.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Aug. 21, 2021 |

**Generated on:** This page was generated by TSDR on 2022-02-21 23:32:24 EST

**Mark:** LOVE LANGUAGES

LOVE LANGUAGES

**US Serial Number:** 90889091

**Application Filing Date:** Aug. 18, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 6 months after filing date.

**Status Date:** Aug. 21, 2021

## Mark Information

**Mark Literal Elements:** LOVE LANGUAGES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**

The following symbols indicate that the Â registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Pillows; bed pillows; decorative pillows; novelty pillows; accent pillows; wall plaques made of wood or plastic

**International Class(es):** 020 - Primary Class

**U.S Class(es):** 002, 013, 022, 025, 032, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** The Moody Bible Institute of Chicago

**Owner Address:** 820 N. LaSalle Blvd.
Chicago, ILLINOIS UNITED STATES 60610

**Legal Entity Type:** NOT-FOR-PROFIT CORPORATION

**State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paul D. McGrady, Jr.

**Docket Number:** NCJ02-01065

**Attorney Primary Email Address:** MoodyIPTeam@taftlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAUL D. MCGRADY, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DRIVE, SUITE 2800
CHICAGO, ILLINOIS UNITED STATES 60601

**Phone:** 312-527-4000

**Fax:** 312-754-2354

**Correspondent e-mail:** MoodyIPTeam@taftlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Aug. 21, 2021