# Exhibit B

Case: 1:22-cv-02374 Document #: 1-2 Filed: 05/05/22 Page 2 of 5 PageID #:127





We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



## The Five Love Languages® Group Study Leader Kit

Includes DVDs, Study Book, and more

Dr. Gary Chapman




## Summary

HOW TO EXPRESS COMMITMENT TO YOUR MATE

*The Five Love Languages®* Leader Kit provides leader resources for this popular study. Through fun-filled presentations before a live audience, Gary Chapman helps you identify your personal love language. He also helps you understand the love language of your spouse. Then he provides practical suggestions for enriching your marriage by practicing the other love languages.

This revised version provides multiple use options:

- A short, 2-session setting (like the original design)
- As a 5–7 session study (with an introductory session, 5 sessions explaining one love language each, and a final session about the "in love" experience)

## Kit Includes

 DVDs of Dr. Chapman's messages

 Bible Study Book

 Leader helps

 The Love Languages™ Profile Assessment Tool




## Customer Reviews

The Five Love Languages® Leaders Guide gives you everything you need to facilitate a class. The video is entertaining and biblically on point and the discussion questions really help to generate a lively discussion. The handouts are a bonus! Love this Leader's Guide.

Minnie G. Buffington
Amazon




## About the Author





Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

**Help**     **Media**     **Contact**



**Terms of Use**    **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**