# Exhibit C









different people with different personalities give and receive love in different ways. By learning to recognize these preferences in yourself and in your loved ones, you can learn to identify the root of your conflicts, connect more profoundly, and truly begin to grow closer.





## Acts of Service

For these people, actions speak louder than words.

▶ **Watch the video**

←                                                        →

# Meet Dr. Gary Chapman





Gary Chapman, Ph.D.—author, speaker, and counselor—has a passion for people, and for helping them form lasting relationships.

Chapman is a well-known marriage counselor and director of marriage seminars. *The 5 Love Languages*® is one of Chapman's most popular titles, topping various bestseller charts for years, selling over twenty million copies and has been on the *New York Times* bestsellers list since 2007. Chapman has been directly involved in real-life family counseling since the beginning of his ministry years, and his nationally-syndicated radio programs air nationally on Moody Radio Network and over 400 affiliate stations.

## It's never too late to start loving better.

Dating, married, single, or simply looking for better ways to connect with others? There's a book for you!





 

# 3 steps to strengthening your relationships

Step 1

## Learn Your Love Language™

Get ready for an "aha" moment! Discovering your own primary love language will help you better understand yourself, as well as teach others how to love you best.

**Take the Quiz →**

Step 2

## Exchange Your Results

Relationships go two ways. Once you discover your love language, share it with your loved ones. Then, ask them to share their results with you so you can love them better.

Step 3

## Strengthen Your Relationships

People grow closer when they choose to consistently speak each other's love language. For the best understanding of the love languages and dialects, read *The 5 Love Languages*®.





## Weekly Newsletter

Want to get **helpful suggestions, product updates,** and even **discount codes** delivered straight to your inbox?

Subscribe Now

Help          Media          Contact

    

**Terms of Use**     **Privacy Policy**

What are The 5 Love Languages?

5 love
LANGUAGES®

Designed & Developed at **Grooters Interactive**

4/18/22, 8:45 AM

Bookstore







Love
Languages™



Couples



Families



Workplace





4/18/22, 8:45 AM
Bookstore





The 5 Love Languages®



The 5 Love Languages® of Children



The 5 Love Languages® of Teenagers



The 5 Love Languages® Singles Edition



The 5 Love Languages® for Men



The 5 Love Languages® Military Edition



Bookstore





You Get Me



Life Lessons and Love Languages™



52 Uncommon Ways to Unwind Together



52 Uncommon Family Adventures



52 Uncommon Dates



A Perfect Pet for Peyton





4/18/22, 8:45 AM
Bookstore





Penny's Perfect Present



What Are the 5 Love Languages?



Keeping Love Alive as Memories Fade



Holding On To Love After You've Lost a Baby



Building Love Together in Blended Families



Sharing Love Abundantly In Special Needs Families

**Help**　　　**Media**　　　**Contact**



**Terms of Use**    **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

Free Resources



We require cookies for basic functionality, and to analyze website traffic. Learn More

OK



# The Official Mobile App

A playful, engaging tool that helps couples experience love more deeply.



## Your Personal Assistant for Relationships

**Learn More →**

# Books & So Much More

We offer free downloads and supplemental materials for many of our books. Just visit each book's page in the bookstore.

4/18/22, 8:43 AM
Free Resources





## Bonus materials for your Favorite Books!

**Explore the Bookstore →**

## Podcasts

Subscribe to your favorite podcast with Dr. Gary Chapman today.



## Life-Changing Insight & Realistic Advice

**Listen Now →**






Discover fun and meaningful gifts that are sure to please.



## Filter gift ideas by Love Language™

**Explore Now →**

## Love better. Grow closer.

Subscribe to the 5 Love Languages® newsletter today!



Free Resources



# Get tips and insights for improving relationships.

**Subscribe Now →**

**Help**     **Media**     **Contact**

   

**Terms of Use**     **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

**Home**     Gary Chapman -- 5 Love Languages



When we feel disconnected from the people we care about, life is a lonely place. Dr. Gary Chapman, author of the #1 *New York Times* bestseller *The 5 Love Languages*®, presents simple and effective ways to strengthen your connections, so you can experience greater joy and harmony in all of your relationships.

**COUPLES | FAMILY | SINGLES | WORK | CHILDREN AND TEENS | LOVE + HOPE | BOOK BUNDLES**

# COUPLES



**(/the-marriage-youve-always-wanted/)**

## THE MARRIAGE YOU'VE ALWAYS WANTED (/THE-MARRIAGE-YOUVE-ALWAYS-WANTED/)

**Gary Chapman (/authors/c/gary-chapman/)**
Dr. Chapman delivers advice that will help you build the marriage of your dreams.

Paperback   **$12.79**   ~~$15.99~~
**See All Variations (/the-marriage-youve-always-wanted/)**

[ ADD TO CART ]

**(/life-lessons-and-love-languages/)**

## LIFE LESSONS AND LOVE LANGUAGES (/LIFE-LESSONS-AND-LOVE-LANGUAGES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Get to know Gary Chapman. In his life story, you might discover your own



story, too.

Paperback  **$11.19**  $13.99
**See All Variations (/life-lessons-and-love-languages/)**

ADD TO CART



(/the-5-love-
languages/)

# THE 5 LOVE LANGUAGES (/THE-5-LOVE-LANGUAGES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Bestselling book shares secrets that have transformed millions of relationships worldwide.

Paperback  **$12.79**  $15.99
**See All Variations (/the-5-love-languages/)**

ADD TO CART

(/the-5-love-
languages-for-
men/)

# THE 5 LOVE LANGUAGES FOR MEN (/THE-5-LOVE-LANGUAGES-FOR-MEN/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Randy Southern (/authors/s/randy-southern/)**
Straight-talk to husbands who want to master the art of loving their wives.

Paperback  **$12.79**  $15.99
**See All Variations (/the-5-love-languages-for-men/)**

ADD TO CART



**(/seen-known-loved/)**

# SEEN. KNOWN. LOVED. (/SEEN-KNOWN-LOVED/)

**R. York Moore (/authors/m/r-york-moore/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Communicate and commune with God through your own unique love language

Paperback   **$7.99**   ~~$9.99~~
**See All Variations (/seen-known-loved/)**

ADD TO CART



**(/5-simple-ways-to-strengthen-your-marriage/)**

# 5 SIMPLE WAYS TO STRENGTHEN YOUR MARRIAGE (/5-SIMPLE-WAYS-TO-STRENGTHEN-YOUR-MARRIAGE/)

**Gary Chapman (/authors/c/gary-chapman/)**
Let sheltering in place together be an opportunity to renew your relationship.

Paperback   **$6.39**   ~~$7.99~~
**See All Variations (/5-simple-ways-to-strengthen-your-marriage/)**

ADD TO CART

**(/101-conversation-**

# 101 CONVERSATION STARTERS FOR COUPLES (/101-CONVERSATION-STARTERS-FOR-



## COUPLES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Spark deeper, more intimate conversations with your significant other using this resource.

**starters-for-couples/)**

Paperback **$5.59** ~~$6.99~~

**See All Variations (/101-conversation-starters-for-couples/)**

ADD TO CART



## 101 MORE CONVERSATION STARTERS FOR COUPLES (/101-MORE-CONVERSATION-STARTERS-FOR-COUPLES/)

**Gary Chapman (/authors/c/gary-chapman/)**
101 more reflective questions to ignite deeper conversation between you and your spouse.

**(/101-more-conversation-starters-for-couples/)**

Paperback **$5.59** ~~$6.99~~

**See All Variations (/101-more-conversation-starters-for-couples/)**

ADD TO CART



## 52 UNCOMMON DATES (/52-UNCOMMON-DATES/)

**Randy Southern (/authors/s/randy-southern/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Get ideas for fun, creative, and spiritually engaging dates from this unique resource.

**(/52-uncommon-**

Paperback **$7.99** ~~$9.99~~

dates/)

See All Variations (/52-uncommon-dates/)

ADD TO CART



(/a-couples-guide-
to-a-growing-
marriage/)

## A COUPLE'S GUIDE TO A GROWING MARRIAGE (/A-COUPLES-GUIDE-TO-A-GROWING-MARRIAGE/)

**Gary Chapman (/authors/c/gary-chapman/)**
Interactive resource designed to help couples grow closer to each other and to God.

Paperback  **$11.99**  $14.99
**See All Variations (/a-couples-guide-to-a-growing-marriage/)**

ADD TO CART



(/the-5-love-
languages-
military-edition/)

## THE 5 LOVE LANGUAGES MILITARY EDITION (/THE-5-LOVE-LANGUAGES-MILITARY-EDITION/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Jocelyn Green (/authors/g/jocelyn-green/)**
Wisdom and guidance for maintaining intimacy amid the demands of military service.

Paperback  **$11.19**  $13.99
**See All Variations (/the-5-love-languages-military-edition/)**

ADD TO CART

(/god-speaks-your-          ## GOD SPEAKS YOUR LOVE LANGUAGE (/GOD-



# SPEAKS-YOUR-LOVE-LANGUAGE/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn how you can give and receive God's love through the five love languages.

Paperback **$12.79** $15.99

**See All Variations (/god-speaks-your-love-language/)**

**love-language/)**

ADD TO CART



# THE LOVE LANGUAGES DEVOTIONAL BIBLE, HARDCOVER EDITION (/THE-LOVE-LANGUAGES-DEVOTIONAL-BIBLE-HARDCOVER-EDITION/)

**Gary Chapman (/authors/c/gary-chapman/)**
Draws couples together as they read God's Word and gain biblical relationship insights.

**(/the-love-languages-devotional-bible-hardcover-edition/)**

Hardcover **$13.20** $32.99

**See All Variations (/the-love-languages-devotional-bible-hardcover-edition/)**

ADD TO CART

**(/married-and-still-loving-it/)**

# MARRIED AND STILL LOVING IT (/MARRIED-AND-STILL-LOVING-IT/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Harold Myra (/authors/m/harold-myra/)**
A treasure trove of wisdom for how to have a marriage that thrives in the later years.

4/18/22, 8:47 AM                                      Gary Chapman -- 5 Love Languages | Christian Books



Paperback **$12.79** ~~$15.99~~
See All Variations (/married-and-still-loving-it/)



ADD TO CART



# LOVING YOUR SPOUSE WHEN YOU FEEL LIKE WALKING AWAY (/DESPERATE-MARRIAGES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Find genuine hope and positive steps for overcoming major marital struggles.

Paperback **$12.79** ~~$15.99~~
See All Variations (/desperate-marriages/)

(/desperate-
marriages/)

ADD TO CART



# A MARRIAGE CAROL (/A-MARRIAGE-CAROL/)

**Chris Fabry (/authors/f/chris-fabry/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Jake and Marlee are about to get a divorce when something peculiar makes them reconsider.

Hardcover **$6.00** ~~$14.99~~
See All Variations (/a-marriage-carol/)

(/a-marriage-
carol/)

ADD TO CART



**(/one-more-try/)**

## ONE MORE TRY (/ONE-MORE-TRY/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn how you can give your marriage one more try, even if you're already separated.

Paperback    **$12.79**    ~~$15.99~~
**See All Variations (/one-more-try/)**

ADD TO CART



**(/things-i-wish-id-known-before-we-got-married/)**

## THINGS I WISH I'D KNOWN BEFORE WE GOT MARRIED (/THINGS-I-WISH-ID-KNOWN-BEFORE-WE-GOT-MARRIED/)

**Gary Chapman (/authors/c/gary-chapman/)**
Wisdom for developing a loving, supportive, mutually beneficial marriage.

Paperback    **$11.99**    ~~$14.99~~
**See All Variations (/things-i-wish-id-known-before-we-got-married/)**

ADD TO CART

**(/the-marriage-youve-always-wanted-small-group-experience-workbook/)**

## THE MARRIAGE YOU'VE ALWAYS WANTED SMALL GROUP EXPERIENCE WORKBOOK (/THE-MARRIAGE-YOUVE-ALWAYS-WANTED-SMALL-GROUP-EXPERIENCE-WORKBOOK/)

**Gary Chapman (/authors/c/gary-chapman/)**
Tool to help couples discuss and study Dr. Chapman's lessons in a small group environment.



Paperback  **$7.99**  ~~$9.99~~

**ADD TO CART**



(/you-get-me/)

## YOU GET ME (/YOU-GET-ME/)

**Jen Mickelborough (/authors/m/jen-mickelborough/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Find practical ideas to love your loved one in the ways that mean the most.

Paperback  **$7.99**  ~~$9.99~~
**See All Variations (/you-get-me/)**

**ADD TO CART**

**Back to Top**

# FAMILY

(/things-i-wish-id-
known-before-we-          ## THINGS I WISH I'D KNOWN BEFORE WE
                          BECAME PARENTS (/THINGS-I-WISH-ID-



**became-parents-9239d8a2/)**

# KNOWN-BEFORE-WE-BECAME-PARENTS-9239D8A2/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Shannon Warden (/authors/w/shannon-warden/)**
Prepares young and expectant parents for the joys and challenges of raising children.

Paperback   **$6.00**   ~~$14.99~~
**See All Variations (/things-i-wish-id-known-before-we-became-parents-9239d8a2/)**

ADD TO CART



**(/things-i-wish-id-known-before-my-child-became-a-teenager/)**

# THINGS I WISH I'D KNOWN BEFORE MY CHILD BECAME A TEENAGER (/THINGS-I-WISH-ID-KNOWN-BEFORE-MY-CHILD-BECAME-A-TEENAGER/)

**Gary Chapman (/authors/c/gary-chapman/)**
Gary Chapman helps you guide your child through the turbulent yet rewarding teenage years.

Paperback   **$11.99**   ~~$14.99~~
**See All Variations (/things-i-wish-id-known-before-my-child-became-a-teenager/)**

ADD TO CART

**(/how-to-really-love-your-adult-child/)**

# HOW TO REALLY LOVE YOUR ADULT CHILD (/HOW-TO-REALLY-LOVE-YOUR-ADULT-CHILD/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Ross Campbell (/authors/c/ross-campbell/)**
Learn how to stay close to your adult children without infringing on their



boundaries.

Paperback **$12.79** $15.99
**See All Variations (/how-to-really-love-your-adult-child/)**
Expected Availability: 5/13/2022

BACKORDER



**(/grandparenting-screen-kids/)**

# GRANDPARENTING SCREEN KIDS (/GRANDPARENTING-SCREEN-KIDS/)

**Arlene Pellicane (/authors/p/arlene-pellicane/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Learn how to remain connected to your grandchildren in a tech-driven world

Paperback **$7.99** $9.99
**See All Variations (/grandparenting-screen-kids/)**

ADD TO CART



# THE 5 LOVE LANGUAGES OF CHILDREN (/THE-5-LOVE-LANGUAGES-OF-CHILDREN/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Ross Campbell (/authors/c/ross-campbell/)**
Teaches how to speak your child's love language in a way he or she will understand.

Paperback **$12.79** $15.99

**(/the-5-love-languages-of-children/)**

See All Variations (/the-5-love-languages-of-children/)

ADD TO CART



# THE 5 LOVE LANGUAGES OF TEENAGERS (/THE-5-LOVE-LANGUAGES-OF-TEENAGERS-NEW-EDITION/)

**Gary Chapman (/authors/c/gary-chapman/)**
Dr. Chapman helps parents discover and express their teen's primary love language.

**(/the-5-love-languages-of-teenagers-new-edition/)**

Paperback  **$12.79**  ~~$15.99~~
See All Variations (/the-5-love-languages-of-teenagers-new-edition/)

ADD TO CART



# 101 CONVERSATION STARTERS FOR FAMILIES (/101-CONVERSATION-STARTERS-FOR-FAMILIES/)

**Gary Chapman (/authors/c/gary-chapman/)**
List of fun, engaging questions that will cultivate meaningful family conversations.

**(/101-conversation-starters-for-families/)**

Paperback  **$5.59**  ~~$6.99~~
See All Variations (/101-conversation-starters-for-families/)

ADD TO CART

**(/52-uncommon-family-**

# 52 UNCOMMON FAMILY ADVENTURES (/52-UNCOMMON-FAMILY-ADVENTURES/)



**Randy Southern (/authors/s/randy-southern/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Brings you fun, original ideas for family time that are affordable,
manageable, and enjoyable.

Paperback   **$7.99**   ~~$9.99~~
**See All Variations (/52-uncommon-family-adventures/)**

**adventures/)**

ADD TO CART

# SHARING LOVE ABUNDANTLY IN SPECIAL NEEDS FAMILIES (/SHARING-LOVE-ABUNDANTLY-IN-SPECIAL-NEEDS-FAMILIES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Applies the principles of the 5 Love Languages® to the unique challenges
of families with special needs kids.

Paperback   **$12.79**   ~~$15.99~~
**See All Variations (/sharing-love-abundantly-in-special-needs-families/)**

**(/sharing-love-abundantly-in-special-needs-families/)**

ADD TO CART

**(/keeping-love-alive-as-memories-fade-4836579e/)**

# KEEPING LOVE ALIVE AS MEMORIES FADE (/KEEPING-LOVE-ALIVE-AS-MEMORIES-FADE-4836579E/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Edward G. Shaw (/authors/s/edward-g-shaw/)**
**Deborah Barr (/authors/b/debbie-barr/)**
Applies the principles of the five love languages to the trial of Alzheimer's
disease.



Paperback  **$12.79**  $15.99
**See All Variations (/keeping-love-alive-as-memories-fade-4836579e/)**

ADD TO CART



# THE DIY GUIDE TO BUILDING A FAMILY THAT LASTS (/THE-DIY-GUIDE-TO-BUILDING-A-FAMILY-THAT-LASTS/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Shannon Warden (/authors/w/shannon-warden/)**
Get simple tools that will help you renovate your relational space.

**(/the-diy-guide-to-building-a-family-that-lasts/)**

Paperback  **$11.19**  $13.99
**See All Variations (/the-diy-guide-to-building-a-family-that-lasts/)**

ADD TO CART



# ANGER (/ANGER/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn how to channel your anger in ways that are healthy and productive.

Paperback  **$12.79**  $15.99
**See All Variations (/anger/)**

**(/anger/)**

ADD TO CART



## DISCOVERING THE 5 LOVE LANGUAGES AT SCHOOL (GRADES 1-6) (/DISCOVERING-THE-5-LOVE-LANGUAGES-AT-SCHOOL-GRADES-1-6/)

**Gary Chapman (/authors/c/gary-chapman/)**
**DM Freed (/authors/f/dm-freed/)**
Curriculum based on The 5 Love Languages promoting relationship-building in the classroom.

**(/discovering-the-5-love-languages-at-school-grades-1-6/)**

Paperback  **$23.99**  ~~$29.99~~

ADD TO CART



## THE FAMILY YOU'VE ALWAYS WANTED (/THE-FAMILY-YOUVE-ALWAYS-WANTED/)

**Gary Chapman (/authors/c/gary-chapman/)**
Find out what it means to have a loving, stable family from a biblical perspective.

**(/the-family-youve-always-wanted/)**

Paperback  **$12.79**  ~~$15.99~~
**See All Variations (/the-family-youve-always-wanted/)**

ADD TO CART

**(/god-speaks-your-love-language/)**

## GOD SPEAKS YOUR LOVE LANGUAGE (/GOD-SPEAKS-YOUR-LOVE-LANGUAGE/)



**Gary Chapman (/authors/c/gary-chapman/)**
Learn how you can give and receive God's love through the five love languages.

Paperback **$12.79** $15.99
**See All Variations (/god-speaks-your-love-language/)**

ADD TO CART



## SCREEN KIDS (/SCREEN-KIDS/)

**Gary Chapman (/authors/c/gary-chapman/)**
Take back your family and home from the overwhelming presence of technology.

Paperback **$12.79** $15.99
**See All Variations (/screen-kids/)**

**(/screen-kids/)**

ADD TO CART



## GRANDPARENTING SCREEN KIDS (/GRANDPARENTING-SCREEN-KIDS/)

**Arlene Pellicane (/authors/p/arlene-pellicane/)**
**Gary Chapman (/authors/c/gary-chapman/)**
Learn how to remain connected to your grandchildren in a tech-driven world

**(/grandparenting-
screen-kids/)**

Paperback **$7.99** $9.99
**See All Variations (/grandparenting-screen-kids/)**

ADD TO CART

**Back to Top**

# SINGLES



(/the-5-love-
languages-singles-
edition/)

## THE 5 LOVE LANGUAGES SINGLES EDITION (/THE-5-LOVE-LANGUAGES-SINGLES-EDITION/)

**Gary Chapman (/authors/c/gary-chapman/)**
Dr. Chapman helps you apply the love languages universally to any relationship.

Paperback    **$12.79**   ~~$15.99~~
**See All Variations (/the-5-love-languages-singles-edition/)**

[ ADD TO CART ]



(/anger/)

## ANGER (/ANGER/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn how to channel your anger in ways that are healthy and productive.

Paperback    **$12.79**   ~~$15.99~~
**See All Variations (/anger/)**

[ ADD TO CART ]

(/god-speaks-your-
love-language/)

## GOD SPEAKS YOUR LOVE LANGUAGE (/GOD-



## SPEAKS-YOUR-LOVE-LANGUAGE/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn how you can give and receive God's love through the five love languages.

Paperback   **$12.79**   $15.99
**See All Variations (/god-speaks-your-love-language/)**

ADD TO CART



## THINGS I WISH I'D KNOWN BEFORE WE GOT MARRIED (/THINGS-I-WISH-ID-KNOWN-BEFORE-WE-GOT-MARRIED/)

**Gary Chapman (/authors/c/gary-chapman/)**
Wisdom for developing a loving, supportive, mutually beneficial marriage.

**(/things-i-wish-id-known-before-we-got-married/)**

Paperback   **$11.99**   $14.99
**See All Variations (/things-i-wish-id-known-before-we-got-married/)**

ADD TO CART

**Back to Top**

# WORK

**(/the-5-languages-of-appreciation-in-the-workplace/)**

## THE 5 LANGUAGES OF APPRECIATION IN THE WORKPLACE (/THE-5-LANGUAGES-OF-APPRECIATION-IN-THE-WORKPLACE/)



**Gary Chapman (/authors/c/gary-chapman/)**
**Paul White (/authors/w/paul-white2/)**
Improve workplace relationships simply by learning your coworkers'
language of appreciation

Paperback  **$13.59**  ~~$16.99~~
**See All Variations (/the-5-languages-of-appreciation-in-the-workplace/)**

ADD TO CART



**(/rising-above-a-toxic-workplace/)**

# RISING ABOVE A TOXIC WORKPLACE (/RISING-ABOVE-A-TOXIC-WORKPLACE/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Harold Myra (/authors/m/harold-myra/)**
**Paul White (/authors/w/paul-white2/)**
Practical hope and guidance for any who find themselves in an unhealthy
work environment.

Hardcover  **$15.99**  ~~$19.99~~
**See All Variations (/rising-above-a-toxic-workplace/)**

ADD TO CART

**(/sync-or-swim/)**  # SYNC OR SWIM (/SYNC-OR-SWIM/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Paul White (/authors/w/paul-white2/)**
**Harold Myra (/authors/m/harold-myra/)**
Insight on ways to empower and energize those who are facing
discouragement or cynicism.



Paperback   **$11.99**   ~~$14.99~~
**See All Variations (/sync-or-swim/)**

ADD TO CART

**Back to Top**

# CHILDREN AND TEENS



(/choose-greatness/)

## CHOOSE GREATNESS (/CHOOSE-GREATNESS/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Clarence Shuler (/authors/s/clarence-dr-shuler/)**
Guides teens through 11 important choices they'll face that will affect their future

Paperback   **$10.39**   ~~$12.99~~
**See All Variations (/choose-greatness/)**

ADD TO CART

(/discovering-the-5-love-languages-at-school-grades-

## DISCOVERING THE 5 LOVE LANGUAGES AT SCHOOL (GRADES 1-6) (/DISCOVERING-THE-5-



**1-6/)**

## LOVE-LANGUAGES-AT-SCHOOL-GRADES-1-6/)

**Gary Chapman (/authors/c/gary-chapman/)**
**DM Freed (/authors/f/dm-freed/)**
Curriculum based on The 5 Love Languages promoting relationship-building in the classroom.

Paperback   **$23.99**   ~~$29.99~~

[ **ADD TO CART** ]



**(/a-perfect-pet-for-peyton/)**

## A PERFECT PET FOR PEYTON (/A-PERFECT-PET-FOR-PEYTON/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Rick Osborne (/authors/o/rick-osborne/)**
Help children discover their love language using this illustrated hardcover book.

Hardcover   **$13.59**   ~~$16.99~~
**See All Variations (/a-perfect-pet-for-peyton/)**

[ **ADD TO CART** ]



## A TEEN'S GUIDE TO THE 5 LOVE LANGUAGES (/A-TEENS-GUIDE-TO-THE-5-LOVE-LANGUAGES/)

**Paige Haley Drygas (/authors/d/paige-haley-drygas/)**
**Gary Chapman (/authors/c/gary-chapman/)**
The 5 Love Languages written just to teens, for teens, and with a teen's world in mind.

**(/a-teens-guide-to-the-5-love-languages/)**

Paperback **$11.99** ~~$14.99~~

**See All Variations (/a-teens-guide-to-the-5-love-languages/)**

ADD TO CART



### PENNY'S PERFECT PRESENT (/PENNYS-PERFECT-PRESENT/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Rick Osborne (/authors/o/rick-osborne/)**
A great tool for teaching children about God's love and how to love others well.

**(/pennys-perfect-present/)**

eBook  **$0.79**  ~~$0.99~~

ADD TO CART

**Back to Top**

# LOVE + HOPE

**(/keeping-love-alive-as-memories-fade-4836579e/)**

### KEEPING LOVE ALIVE AS MEMORIES FADE (/KEEPING-LOVE-ALIVE-AS-MEMORIES-FADE-4836579E/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Edward G. Shaw (/authors/s/edward-g-shaw/)**
**Deborah Barr (/authors/b/debbie-barr/)**
Applies the principles of the five love languages to the trial of Alzheimer's



disease.

Paperback  **$12.79**  ~~$15.99~~
**See All Variations (/keeping-love-alive-as-memories-fade-4836579e/)**

ADD TO CART

## BUILDING LOVE TOGETHER IN BLENDED FAMILIES (/BUILDING-LOVE-TOGETHER-IN-BLENDED-FAMILIES/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Ron L Deal (/authors/d/ron-l-deal/)**
Learn how to create a loving and safe environment amidst the unique challenges of a blended family.

**(/building-love-together-in-blended-families/)**

Paperback  **$12.79**  ~~$15.99~~
**See All Variations (/building-love-together-in-blended-families/)**

ADD TO CART

## SHARING LOVE ABUNDANTLY IN SPECIAL NEEDS FAMILIES (/SHARING-LOVE-ABUNDANTLY-IN-SPECIAL-NEEDS-FAMILIES/)

**Gary Chapman (/authors/c/gary-chapman/)**
Applies the principles of the 5 Love Languages® to the unique challenges of families with special needs kids.



**(/sharing-love-**

Paperback  **$12.79**  ~~$15.99~~

**abundantly-in-special-needs-families/)**

See All Variations (/sharing-love-abundantly-in-special-needs-families/)

ADD TO CART



(/holding-on-to-love-after-youve-lost-a-baby/)

### HOLDING ON TO LOVE AFTER YOU'VE LOST A BABY (/HOLDING-ON-TO-LOVE-AFTER-YOUVE-LOST-A-BABY/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Candy McVicar (/authors/m/candy-mcvicar/)**
Use the five love languages to find healing while grieving the loss of your child

Paperback  **$12.79**  $15.99
See All Variations (/holding-on-to-love-after-youve-lost-a-baby/)

ADD TO CART

**Back to Top**

# BOOK BUNDLES



(/the-parenting-essentials-pack/)

### THE PARENTING ESSENTIALS BUNDLE (/THE-PARENTING-ESSENTIALS-PACK/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Shannon Warden (/authors/w/shannon-warden/)**
**Ross Campbell (/authors/c/ross-campbell/)**
Get the resources you need to parent your children according to their unique love language

Set   **$24.78**   ~~$30.98~~

ADD TO CART



(/caregivers-book-bundle/)

## CAREGIVER'S BOOK BUNDLE (/CAREGIVERS-BOOK-BUNDLE/)

**Deborah Barr (/authors/b/debbie-barr/)**
**Gary Chapman (/authors/c/gary-chapman/)**
**Edward G. Shaw (/authors/s/edward-g-shaw/)**
The Caregiver's Book Bundle is a helpful resource for anyone touched by Alzheimer's disease or dementia.

Set   **$24.78**   ~~$30.98~~

ADD TO CART



(/god-speaks-your-love-language-and-five-love-languages-devotional-bible/)

## GOD SPEAKS YOUR LOVE LANGUAGE AND FIVE LOVE LANGUAGES DEVOTIONAL BIBLE (/GOD-SPEAKS-YOUR-LOVE-LANGUAGE-AND-FIVE-LOVE-LANGUAGES-DEVOTIONAL-BIBLE/)

**Gary Chapman (/authors/c/gary-chapman/)**
Learn to hear God's voice and let it draw you closer to Him and your spouse.

Set   **$39.18**   ~~$48.98~~

ADD TO CART

(/best-workplace-book-bundle-3- **BEST WORKPLACE BOOK BUNDLE - 3 BOOK SET (/BEST-WORKPLACE-BOOK-BUNDLE-3-**



### BOOK-SET/)

**Paul White (/authors/w/paul-white2/)**
**Gary Chapman (/authors/c/gary-chapman/)**
**Harold Myra (/authors/m/harold-myra/)**
Three incredible resources on workplace dynamics.

**book-set/)**

Set   **$41.58**   $51.97

[ ADD TO CART ]



## MILITARY AND MARRIAGE BOOK BUNDLE (/MILITARY-AND-MARRIAGE-BOOK-BUNDLE/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Jocelyn Green (/authors/g/jocelyn-green/)**
**Randy Southern (/authors/s/randy-southern/)**
Three resources to help keep military marriages strong.

**(/military-and-marriage-book-bundle/)**

Set   **$27.18**   $33.97

[ ADD TO CART ]



## IMPROVING WORKPLACE CULTURE (/IMPROVING-WORKPLACE-CULTURE/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Paul White (/authors/w/paul-white2/)**
**Harold Myra (/authors/m/harold-myra/)**
Learn how to thrive at work with these three incredible resources on workplace dynamics.

**(/improving-workplace-culture/)**

Set  **$43.18**  ~~$53.97~~

ADD TO CART



(/help-to-heal-a-hurting-marriage/)

## HELP TO HEAL A HURTING MARRIAGE (/HELP-TO-HEAL-A-HURTING-MARRIAGE/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Jennifer Thomas (/authors/t/jennifer-thomas/)**
A 3-book bundle from the leading expert on marriage.

Set  **$25.00**  ~~$47.97~~
**See All Variations (/help-to-heal-a-hurting-marriage/)**

ADD TO CART



(/love-your-work-book-bundle/)

## LOVE YOUR WORK BOOK BUNDLE (/LOVE-YOUR-WORK-BOOK-BUNDLE/)

**Gary Chapman (/authors/c/gary-chapman/)**
**Paul White (/authors/w/paul-white2/)**
**Harold Myra (/authors/m/harold-myra/)**
**Robert Dickie III (/authors/d/robert-dickie/)**
For a limited time, get three books about improving your work life for only $25.

Set  **$43.98**  ~~$54.97~~

ADD TO CART

Gary Chapman -- 5 Love Languages | Christian Books

**Back to Top**

The Best Gifts Start With Love



All | Mobile App | Podcasts | Gift Guide | Newsletter



**THE 5 LOVE LANGUAGES®**

# GIFT GUIDE



Valentines Day ⌄

Acts of Service   Physical Touch   Quality Time   Receiving Gifts   Words of /

All   Romantic   Family   Friends

Affirmation Jar

Write a list of genuine, specific compliments or affirmations on individual scraps of paper and put them in a jar, so they can be opened and read whenever your loved one needs a pick-me-up.

Explore

Close

4/18/22, 8:46 AM

The Best Gifts Start With Love



What better gift for the Acts of Service person in your life than a coupon book filled with coupons you've created just for them?!

**Explore**     Close

## Excursion

One dialect of Quality Time is sharing experiences together. Plan an excursion to sky-dive, trek to Machu Picchu, or sail in the Caribbean—whatever you decide, endeavor to enjoy every moment together.

Close

## Honey-Do Bank

Acts of Service got you stumped? Designate a "Honey-Do" Bank in your home and ask your spouse to add suggestions. Every so often, choose a task from the bank and do it for him or her!

**Explore**     Close

The Best Gifts Start With Love



Go camping—in your living room! You're never too old to transform your living room into a couple's camping experience once again—only now, you can go the extra mile. Click for inspiration!

Close          **Explore**

## *Staycation*

Search Groupon for a fun staycation wherever you live! Order room service and enjoy some Quality Time together away from the stresses of everyday life.

Close          **Explore**









**The 5 Love Languages®**



that will teach you to love better.

Explore

## Silicone Wedding Ring

If your spouse's work or hobbies demand sometimes wedding ring removal, then a silicone ring could be the perfect gift! Usually made of medical grade silicone, these rings also come in fun custom styles and colors.

Explore                                    Close

## Many Smaller Gifts

Instead of giving one big gift on one day, give lots of small (even silly) gifts your special someone can open over several days. This can be a cute, fun way to show extra love to a gifts-loving person.

Explore                                    Close

## Dance Lessons



dancing lessons can be a particularly meaningful gift for a loved one with the love language of Physical Touch. There are many styles to choose from—pick one and surprise your partner.

Close

### Bath Bombs

Bath bombs can be a sensory explosion for the person who loves relaxing in a bath. Add moisturizer that leaves the skin feeling soft and you've got the perfect gift!

**Explore**

Close

### Not Alone Bracelet

In a season where many feel isolated, you can remind your loved one they are not alone.

**Explore**

Close

The Best Gifts Start With Love



Who wouldn't want a personalized throw blanket for snuggling on the couch together?

Explore     Close



**The 5 Love Languages® Gift Edition**

This meticulously crafted edition of the iconic #1 "New York Times" bestseller is the perfect gift for weddings, anniversaries, or as a special encouragement for any couple.

Explore

Help          Media          Contact

Terms of Use     Privacy Policy



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



All | Mobile App | Podcasts | Gift Guide | Newsletter



THE 5 LOVE LANGUAGES®
# NEWSLETTER

## Connect with The 5 Love Languages® family.

Want to get **helpful suggestions, product updates,** and even **discount codes** delivered straight to your inbox?

First Name*

Email Address*

[ ] I agree to the <u>Privacy Policy</u> and to receive the monthly newsletter

Submit



    

**Terms of Use**   **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

The 5 Love Languages Marriage Conference - Cincinnati, OH



# October 15, 2022

# Friendship Baptist Church

# Cincinnati, OH

## Join us for what's sure to be a highlight of your marriage and the beginning of many positive changes.

Whether you've been married six months or sixty years, every marriage can use a boost. In this popular one-day conference led by Dr. Gary Chapman, author of the #1 *New York Times* bestseller *The 5 Love Languages*®, you and your spouse will focus on the basics of every marriage. With wisdom and a healthy dose of humor, Dr. Chapman gives valuable tips on breaking unhealthy patterns and choosing to develop a more intimate, happy marriage.

## Be equipped with Dr. Chapman's expertise on these insightful topics:

**Communication 101** — Honest and healthy communication is essential for a thriving marriage. Most couples experience some sort of difficulty in having profitable discussions with their spouse. Some even say, "We don't really talk at all." Discover your own tendency to be a "babbling brook" or a "dead sea" and how to deal with its implications. Hear Dr. Chapman present memorable anecdotes that drive home his practical advice that any couple can use to improve their communication.

**Understanding and Expressing Love** — What should couples do when those exciting feelings of love seem to be long gone? Learning your spouse's "love language" and choosing to act out of love are the steps to renewing your relationship. Dr. Chapman explains how to rekindle those emotions with a few simple strategies couples can use to express love to their spouses and refill the empty "love tank" in each of them.

**Initiating Positive Change** — Dr. Chapman speaks to both wives and husbands in this session as he shares the key to thriving marriages. While stressing the value and significance of both partners, he will help couples gain clarity in their quest toward a unified, growing marriage. You will receive advice on how to handle strong disagreements, power struggles and poor decisions.

**Making Sex a Mutual Joy** — We may giggle at or avoid the subject, but there is no denying that God created sex and designed it as a powerful forum for loving your spouse. What better place to address misconceptions, talk about difficulties and explain God's intention for

sex than a session with Dr. Gary Chapman, who has over 40 years of experience in marital counseling and can candidly address this important issue?

**How to Share the Things that Bug You** — When the differences within your marriage rear their ugly heads, how do you process them without damaging your mate? In this session, Dr. Chapman will teach you ways to lovingly accept your spouse while letting your voice be heard. Learn the delicate art of constructive criticism and how to let laughter reign in your marriage.

## Location Information

| | |
|---|---|
| Date and Time | October 15th 2022 from 9:00 AM to 3:30 PM EDT |
| Location Name | Friendship Baptist Church |
| Address | 8580 Cheviot Rd., Cincinnati, OH, 45251 US |
| Directions | Google, Bing, MapQuest |

Registration Options *

○ Couples Registration ($59.00)
Two Tickets

○ Single Registration ($39.00)
One Ticket

Name - Registrant 1 *     First      Last

Name - Registrant 2 *     First      Last

Email *     Email Address

Phone Number *

Country *     United States

Address *                    Street Address

City, State and ZIP          City                    State
Code *

                             ZIP Code

Terms *                      The 5 Love Languages® Marriage
                             Conference Terms and Agreements

                             I and any persons I am registering
                             (collectively, "Registrants") to attend
                             the The 5 Love Languages® Marriage
                             Conference at Friendship Baptist
                             Church in Cincinnati, Ohio on October
                             15, 2022 (the "Event") have chosen
                             voluntarily to participate in the Event,

                             ☐ I have read and agree to the terms above.

                             ☐ Convenience Fee $1.00

**Running Total**            **$1.00**

Coupon Code

**Total**                    **$1.00**

**ADD ANOTHER REGISTRATION**



# Billing Information

**Name** *

First          Last

**Card Number** *

Card Number

**Expiration Date** *

Month     Year     CVV

**Country** *

United States

**Address** *

Street Address

**City, State and ZIP Code** *

City          State

ZIP Code

**Email** *

Email Address



Secure Online Registration Powered by RegFox





We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



## A Teen's Guide to The 5 Love Languages®

How to Understand Yourself and Improve All Your Relationships

Dr. Gary Chapman and Paige Haley Drygas

**Buy Now**





## The secret to great relationships—just for teens!

#1 *New York Times* bestselling book *The 5 Love Languages®* has **sold over 20 million copies**, helping countless relationships thrive. Simply put, it works. But do the five love languages work for teens, for their relationships with parents, siblings, friends, teachers, coaches, and significant others? Yes! Introducing *A Teen's Guide to the 5 Love Languages*, the first-ever edition written just to teens, for teens, and with a teen's world in mind. It guides emerging adults in discovering and understanding their own love languages as well as how to best express love to others.

## This highly practical book will help teens answer questions like:

✔ What motivates and inspires me?

✔ What does it mean to be a caring friend?

✔ What communicates love to my family?

✔ What is the best way to get along with the opposite sex?

## Customer Reviews

 

It's amazing how valid this is in our everyday lives! Reading this book helped me to reflect on my own love languages and how I can help others and fill their love tanks too!

Sophia Cunningham
Good Reads

 

## About the Authors



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.





# Bonus Materials



### Activity Sheets (Only)
Free Download





### Interactive Leader's Guide
Free Download



**Help**          **Media**          **Contact**



**Terms of Use**    **Privacy Policy**

A LOVE
LANGUAGE
RESOURCE

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



We require cookies for basic functionality, and to analyze website traffic. Learn More        OK



## A Perfect Pet for Peyton

Discovery Book for Children (Ages 4-10)

Dr. Gary Chapman and Rick Osborne

**Buy Now**





## Summary

This wonderfully imaginative children's hardcover book by bestselling authors Gary Chapman and Rick Osborne, featuring four-color illustrations (with hidden details!) by Wilson Williams, Jr., will help children learn the importance of love. Based on Gary's highly successful *The 5 Love Languages®*, *A Perfect Pet for Peyton* tells an entertaining and playful story of five children who each, with the help of Mr. Chapman and the unique pets at his special emporium, discover their own personal love language. Children and parents alike will experience firsthand the power of the love languages as they cuddle up and spend precious time together reading this book over and over again.



▶ Watch Video

## Customer Reviews



☰

young children.

Kathleen Smith
Good Reads

 

← →

## About the Authors



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

A Perfect Pet for Peyton





# Bonus Materials



### Coloring Pages
Free Download



Help          Media          Contact



**Terms of Use**      **Privacy Policy**

A LOVE
LANGUAGE
RESOURCE

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



We require cookies for basic functionality, and to analyze website traffic. Learn More                    OK



# Building Relationships

Life-Changing Insight & Realistic Advice

Building Relationships with Dr. Gary Chapman is a weekly 54-minute radio program offering life-changing insight and realistic advice for strengthening relationships.

4/18/22, 8:42 AM                                     Building Relationships Podcast



## Recent Episode

### Easter: Seen. Known. Loved.

Saturday, April 16

▶ Every person on the planet has longings deep inside. But many never discover what they truly desire. On this Easter weekend edition of **Building Relationships** with Dr. Gary Chapman, author and Tik Tok sensation, R. York Moore talks about his own search for meaning in life. Find out what it means to really be *seen, known and loved*.

Featured resource: Seen. Known. Loved. by R. York Moore

## Subscribe

 Apple Podcasts

 Google Podcasts

 Listen on Spotify

 TuneIn Podcasts

 RSS Feed

4/18/22, 8:42 AM                                          Building Relationships Podcast





## Refocus and Recalibrate Your Relationships

**Listen Now →**

Help            Media            Contact

    

**Terms of Use**     **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



## A Love Language Minute

Refocus and Recalibrate Your Relationships

A Love Language Minute is a daily one-minute radio program. In a world where life is so busy that most people forget to care for their closest relationships, Gary Chapman is there to help individuals refocus and recalibrate.



## Recent Episode

### Does the same love language differ between a man and a woman?

Monday, April 18

▶

Does the same love language differ between a man and a woman? Each love language comes with its own dialects. Dig deeper into your spouse's love language to their specific dialect.

## Subscribe

 Apple Podcasts

 Google Podcasts

 Listen on Spotify

 TuneIn Podcasts

 RSS Feed

## More Podcasts

4/18/22, 8:42 AM
A Love Language Minute Podcast





## Life-Changing Insight & Realistic Advice

**Listen Now →**

Help          Media          Contact

    

**Terms of Use**     **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

4/18/22, 8:08 AM                                   Love Nudge - Apps on Google Play





**Chris Crane**
★ ★ ★ ★   January 11, 2022



This is very helpful. I communicate love through "acts of service", but I'll get in a routine and forget to show love in other ways. Having these reminders in a separate app helps me keep track of this better than just using notes. However, you can't reorder the goals once you've put them in. And th...

Full Review

**Jenna Fur Elle**
★ ★ ★ ★   March 8, 2019



I'm enjoying using this to remind myself to do the little things, & it's great for that. I like that there are no ads, thank you for that. I do start to lose interest sometimes when I have accomplished a goal >once, because it only seems to record `1`, but not any credit for subsequent efforts (whic...

Full Review



**Melissa**
★ ★ ★ ★   April 14, 2019



Love the book! Having the test, love tank, and suggestions/nudges is great. However, I'm having problems with checking things off...it doesn't work. Sometimes, it also erases things I checked off when I'm in the process of trying to tap it to log another one. I'm very disappointed in the fact that I...

Full Review

**READ ALL REVIEWS**

**WHAT'S NEW**

minor improvements

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| March 2, 2022 | 63M | 1,000,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 5.1.0 | 5.0 and up | Everyone |
| | | Learn more |

| In-app Products | Permissions | Report |
|---|---|---|
| $9.99 per item | View details | Flag as inappropriate |

| Offered By | Developer |
|---|---|
| Moody Publishers | Visit website |
| | info@5lovelanguages.com |
| | Privacy Policy |
| | 820 N. LaSalle Blvd. |
| | Chicago, IL 60610 |

Love Nudge - Apps on Google Play

Similar

See more

Couply: The App
Couply: Couples Qu...

★ ★ ★ ★ ☆

Paired: Couples
Paired - Relationship...

★ ★ ★ ★ ☆

Lovebox
Lovebox

★ ★ ★ ★ ☆

Agapé - App for
Agapé

★ ★ ★ ★ ☆

©2022 Google    Site Terms of Service  Privacy  Developers  About Google Play  | Location: United States  Language: English (United States)

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments **Terms of Service** and **Privacy Notice**.

Case: 1:22-cv-02374 Document #: 1-3 Filed: 05/05/22 Page 79 of 90 PageID #:209
4/18/22, 8:07 AM
Love Nudge on the App Store



App Store Preview

Open the Mac App Store to buy and download apps.



**Love Nudge** 9+
The Love Language™ App
**Moody Publishers Limited**
Designed for iPhone

★★★★★ 4.4 • 14.4K Ratings

Free · Offers In-App Purchases

**iPhone Screenshots**

Introducing "Learning The 5 Love Languages®" video series featuring acclaimed counselor and best selling author, Dr. Gary Chapman, available as an in-app purchase.

Your Personal Assistant for Relationships

more

**What's New**                                          Version History

Version 5.0
Love Nudge bookstore now features "Learning The 5 Love Languages®" video series featuring acclaimed counselor and best selling author, Dr. Gary Chapman.

Love Nudge on the App Store

## Ratings and Reviews

See All

# 4.6
out of 5



14.9K Ratings


annashupp, 04/21/2021

**Practical, effective tool for marriage**
For anyone who knows anything about the 5 love languages, this is such a practical, effective resource to use to apply them in your everyday life. As I'm sure many ... more

Amber5499, 08/24/2021

**Making it work for me**
Developers for some reason I can't turn off the reminders for goals I have mastered. I have tried in the edit goal screen and the reminders keep popping up. more

john_donahue, 02/16/2019

**App has a serious flaw**
I love the 5 Languages series. I have ... more

**Developer Response,**
Hi john_donahue - 100% full for many more

## App Privacy

See Details

The developer, **Moody Publishers Limited**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the **developer's privacy policy**.



### Data Linked to You

The following data may be collected and linked to your identity:

 Contact Info

User Content

### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

Identifiers

Usage Data

Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. **Learn More**

## Information

**Seller**
Moody Publishers Limited

**Size**
77.8 MB

**Category**
Lifestyle

**Compatibility**
**iPhone**
Requires iOS 10.0 or later.

**iPod touch**
Requires iOS 10.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip.

**Languages**
English

**Age Rating**
9+
Infrequent/Mild Mature/Suggestive Themes

Copyright
© Moody Publishers 2022

Price
Free

In-App Purchases
1. Learning the 5 Love Languages

Developer Website ↗
App Support ↗
Privacy Policy ↗

## Supports



Family Sharing
Some in-app purchases, including subscriptions, may be shareable with your family group when Family Sharing is enabled. Learn More

## You Might Also Like

See All

     

| Honi - Game for couples | Gottman Card Decks | Spicer - Sex Ideas For Couples | Couple Game: Relationship Quiz | Intimately Us for Couples | Lovewick - Couples App |
| Lifestyle | Lifestyle | Lifestyle | Lifestyle | Lifestyle | Lifestyle |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map

Choose your country or region

4/18/22, 8:08 AM    Love Nudge™ Mobile App



☰

We require cookies for basic functionality, and to analyze website traffic. Learn More    OK



4/18/22, 8:08 AM
Love Nudge™ Mobile App



It's the support your relationship deserves.

A playful, engaging tool that helps couples experience love more deeply.



▶ Learn More

It's easy, obvious, and satisfying.

Put the concepts of The 5 Love Languages® into action.



Tap a language to learn more about it.

1. Learn Your Love Language™

4/18/22, 8:08 AM

Love Nudge™ Mobile App







4/18/22, 8:08 AM
Love Nudge™ Mobile App



☰


### Partner Link

Link your app to your partners for extra features.

### ⊘ Custom Goals

Create goals that speak to your partner's Love Language.

### ▷ Send Nudges

Send your partner a message or a recommendation

### Progress

Completing activities will build healthy habits.

## What People Are Saying

★★★★★

I was accustomed to the five languages described in this book prior to reading it, because I did the online quiz. However, this goes into much more detail with several examples.

**Orville**
Good Reads

 →







≡

We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



## 101 Conversation Starters for Couples

For Couples Who Want to Get Closer

Dr. Gary Chapman and Dr. Ramon Presson

**Buy Now**

                                                                           

## Summary

Your spouse is a unique person, filled with amazing insights, thoughts, feelings, and experiences. Communication is key to really knowing and fully loving that person.

Bestselling author and marriage counselor Gary Chapman has developed this handy tabletop resource to get you and your spouse talking. With 101 probing questions, couples will find their relationship enhanced, their intimacy deepened, and their romance ignited. *101 Conversation Starters for Couples* is the perfect companion to the bestselling book, *The 5 Love Languages*. It also makes an excellent Valentine's Day, wedding, and anniversary gift. It helps you and your spouse get the conversation flowing.

## Customer Reviews

What a great tool to use to get to know your spouse after years of raising kids and busyness of life! I've been using a couple of questions every week on date night and it has made the rediscovery of my spouse of 20 years more fun.

C
Good Reads

                                                                           





## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

 

## Bonus Materials

 ### 101 Conversation Starters for Families
A blend of fun and thought provoking questions 

 ### 101 More Conversation Starters
Ignite your romance with 101 more questions →

 



Help          Media          Contact



**Terms of Use    Privacy Policy**

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**