# Exhibit D



≡

We require cookies for basic functionality, and to analyze website traffic. Learn More     OK



# The 5 Love Languages® of Children

### The Secret to Loving Children Effectively

Dr. Gary Chapman, D. Ross Campbell and MD

**Buy Now**





# The Secret to Loving Children Effectively

**More than 1 MILLION sold!** You know you love your child. But how can you make sure your child knows it? The #1 *New York Times* bestselling *The 5 Love Languages*® has helped millions of couples learn the secret to building a love that lasts. Now discover how to speak your child's love language in a way that he or she understands. Dr. Gary Chapman and Dr. Ross Campbell help you:

✓ Discover your child's love language

✓ Assist your child in successful learning

✓ Use the love languages to correct and discipline more effectively

✓ Build a foundation of unconditional love for your child

*Plus*: **Find dozens of tips for practical ways to speak your child's love language.**

Discover your child's primary language—then speak it—and you will be well on your way to a stronger relationship with your flourishing child.

# Customer Reviews

 

This book is brilliant! Beyond the fact that this is a book about how to love your child in the way that he or she best identifies and recognizes as love.

Kelli
Good Reads

 

## About the Authors



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages*® series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

 



### Children's Love Language™ Quiz
Take the Free Online Quiz

→

### Study Guide
Free Download

### Love Language™ Mystery Game
Free Download

### A Perfect Pet for Peyton
Learn More

→



Help        Media        Contact

**Terms of Use**    **Privacy Policy**









We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



# The 5 Love Languages® for Men

### Tools for Making a Good Relationship Great

Dr. Gary Chapman and Randy Southern

**Buy Now**





# At the heart of every man is a desire to master what matters.

Getting a compliment at work or on the court is nice, but nothing beats hearing your spouse say, "You make me feel loved." If you haven't heard that in a while or feel like you are not bringing your A-game into your relationship, this book is for you.

*The 5 Love Languages*® has sold **20 MILLION COPIES** because it is simple, practical, and effective. In this edition, Gary Chapman speaks straight to men about the rewards of speaking their wife's love language. You'll learn each language, how to identify your wife's, and how to speak it clearly. Packed with helpful illustrations and creative pointers, these pages will rouse your inner champion and empower you to master the art of love.

## Customer Reviews

Every man should read this book that truly loves his woman. It is the same message as the original, but it is written in such a way that men can understand.

Raymond
Good Reads

 

The 5 Love Languages for Men







## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

                                      

## Bonus Materials

 
### 7-Days Devotional For Him
Free Download




### Study Guide
Free Download





☰

Help          Media          Contact



**Terms of Use**   **Privacy Policy**

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

4/18/22, 8:16 AM — The 5 Love Languages Military Edition





We require cookies for basic functionality, and to analyze website traffic. Learn More — OK



## The 5 Love Languages® Military Edition

The Secret to Love That Lasts

Dr. Gary Chapman and Jocelyn Green

**Buy Now**





# Specific Advice for Military Couples

If you are in a military relationship, you know the strain of long deployments, lonely nights, and difficult transitions. For extraordinary challenges like these, couples need specific advice. In this updated edition of *The 5 Love Languages®: Military Edition*, relationship expert Dr. Gary Chapman teams up with Jocelyn Green, a former military wife, to speak directly to military couples. They share the simple secret to loving each other best including stories from every branch of service, tips for expressing love when apart, and an updated FAQs section.



▶ Watch Video

# Includes advice for how to:

 Build intimacy over long distances

 

 Unlearn harsh military-style communication

 Rebuild and maintain emotional love

 Help your spouse heal from trauma and more

**Every book comes with instructions for how to receive a FREE eBook copy for your partner. Read it together—even during deployment!**

## Customer Reviews

I absolutely love this book and couldn't go a day without putting it down!

**Nicole Cing**
Good Reads

 

## About the Authors







## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

          

# Bonus Materials

 

### Study Guide
Free Download                          



### Resources for Veterans and Spouses
Free Download                          



### Resources for Chaplains







Help          Media          Contact



**Terms of Use**     **Privacy Policy**

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



We require cookies for basic functionality, and to analyze website traffic. Learn More     OK



## God Speaks Your Love Language

### How to Feel and Reflect God's Love

Dr. Gary Chapman

**Buy Now**

 **5 love** LANGUAGES                                                 ☰

## Summary

When you discover your primary love language, the benefits don't stop at human relationships—you'll find that your love for God and from Him is often expressed most strongly in that same language. God's love for you is evident in myriad ways, but if you ever face a dry spell spiritually, it helps to search for God's expressions of love in the form you understand best.

*God Speaks Your Love Language* will help you feel loved and adored by your holy creator while giving you specific examples of how you can reflect that love back to Him and to other people as well. Once you understand love, it will revolutionize the way you understand life. God really does speak your love language, and this book will introduce you to that fact in a way that will redefine your life and sense of purpose in this world.

## Customer Reviews

This book was incredibly logical and thought-provoking, both in how to understand the importance of love languages of others around you, but also how God uses them to help you see His love.

Michaela Bush
Good Reads

 ←                                                                 →







## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

## Bonus Materials



### Study Guide
Free Download



**Help**       **Media**       **Contact**

God Speaks Your Love Language: How to Feel and Reflect God's Love





    

**Terms of Use**   **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**





We require cookies for basic functionality, and to analyze website traffic. Learn More          OK



## The 5 Languages of Appreciation in the Workplace

*Empowering Organizations by Encouraging People*

Dr. Gary Chapman and Dr. Paul White

**Buy Now**





# Empowering Organizations by Encouraging People

*The 5 Languages of Appreciation in the Workplace* applies the love language concept to the workplace. This book helps supervisors and managers effectively communicate appreciation and encouragement to their employees, resulting in higher levels of job satisfaction, healthier relationships between managers and employees, and decreased cases of burnout.

Ideal for both the profit and non-profit sectors, the principles presented in this book have a proven history of success in businesses, schools, medical offices, churches, and industry. Each book (that has not been previously used) contains an access code for the reader to take a comprehensive online MBA Inventory (Motivating By Appreciation)—a $15 value.

The inventory is designed to provide a clearer picture of an individual's primary language of appreciation and motivation as experienced in a work-related setting. This assists managers and supervisors in communicating effectively to their team members, and thus building a more positive and productive work environment.

# Customer Reviews

I can't wait to start implementing the concepts with my team and sharing with my peers to help bring our company culture back to a healthy state!

Dalani
Good Reads

 

## About the Authors



### Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

                                                                

## Bonus Materials

                                                                        

 **Appreciation at Work™ Website**                                      
Discover how to help everyone on your team feel truly valued.

 **The 5 Love Languages for the Workplace? What's the
Difference?**                                                                              
What is the difference between The 5 Love Languages® and The Languages
of Appreciation at Work?

**Help**            **Media**            **Contact**

    

**Terms of Use**    **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**





We require cookies for basic functionality, and to analyze website traffic. Learn More                OK



## The 5 Love Languages® Singles Edition

### The Secret That Will Revolutionize Your Relationships

Dr. Gary Chapman

**Buy Now**





# Simple ways to strengthen any relationship

With more than **10 million copies sold**, *The 5 Love Languages*® continues to transform relationships worldwide. And though originally written for married couples, its concepts have proven applicable to families, friends, and even coworkers. The premise is simple: Each person gives and receives love in a certain language, and speaking it will strengthen that relationship. For singles, that means you can:

✓ Understand yourself and others better

✓ Grow closer to family, friends, and others you care about

✓ Gain courage to express your emotions and affection

✓ Discover the missing ingredient in past relationships

✓ Date more successfully and more

Whether you want to be closer to your parents, reach out more to your friends, or give dating another try,



≡

*effectively.* — Gary Chapman

**Includes a quiz to help you learn your love language, plus a section on the pros and cons of online dating.**

## Customer Reviews

This is an awesome book to help people not only have more meaningful and loving romantic relationships, but relationships in all areas (friends, family, children, etc). This is a MUST read for everyone.

Ashley
Good Reads

  

## About the Author







## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

## Bonus Materials



### Love Language™ Quiz
Take the Free Online Quiz





### Study Guide
Free Download





### Personal Profile for Singles
Free Download





☰

Help        Media        Contact



**Terms of Use**   **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**





We require cookies for basic functionality, and to analyze website traffic. Learn More　　　　　OK



Discover Your Love Language - The 5 Love Languages®



☰

# Relationships don't have to be complicated.

When we feel disconnected from the people we care about, life is a lonely place. The 5 Love Languages® are a simple and effective way to strengthen your connections, so you can experience greater joy and harmony in all of your relationships.

**Start Here**

## A new way to think about love.

### More Connection.
### Less Tension.

The most common issue in any relationship is the communication barrier.







←                                        →

# The 5 Love Languages® series

The 5 Love Languages® series has helped millions of individuals strengthen and improve their relationships. Which book is right for you?

## The 5 Love Languages®

The Secret to Love That Lasts

Available now



 

# Beyond the Books



**The 5 Love Languages® goes mobile!**

Learn More →

 

# Join Us

**In-Person**



**Cincinnati, OH**

The 5 Love Languages® Marriage Conference

Discover Your Love Language - The 5 Love Languages®





 **Date Night at Home**
Web Event

 **Winning the Screen Wars**
Web Event

 **Winning the Screen Wars Grandparents Edition**
Web Event

All Web Events ➜

# What people have to say.

"The 5 Love Languages® changed my life. It changed my marriage. There's such simplicity in its message, but I feel like it's so powerful."

**Kelly Hurliman**

Interior Designer and Former Fashion Stylist to Oprah Winfrey

Featured on







One of our deepest emotional needs is to feel loved by the significant people in our lives. My book: The 5 Love Languages®, is designed to help you effectively communicate love. What makes one person feel loved will not make another person feel loved. We must discover and speak each other's love language. Whatever season you find yourself in, I want to give you the confidence you need to connect profoundly with the ones you love. It is my sincere hope and belief that the love language concept and related resources will help you love better and grow closer – starting right now.

**Dr. Gary Chapman**
Author of The *5 Love Languages*®

Discover Your Love Language - The 5 Love Languages®



☰



## Weekly Newsletter

Want to get **helpful suggestions, product updates,** and even **discount codes** delivered straight to your inbox?

**Subscribe Now**

Help       Media       Contact



**Terms of Use**   **Privacy Policy**

A LOVE
LANGUAGE
RESOURCE

© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

This site uses cookies to provide you with more responsive and personalized service and to collect certain information about your use of the site.  You can change your cookie settings through your browser.  If you continue without changing your settings, you agree to our use of cookies.  See our **Privacy Policy (https://www.moodybible.org/privacy-policy)** for more information.

**(/)**

SEARCH    MENU



**Listen Live**
**(/radioplayer.aspx?**

**MR**FM
**Moody Radio**

### Air Time

Monday–Friday CST

**Apple Podcasts (https://podcasts.apple.com/us/podcast/a-love-language-minute/id287679946?itsct=podcast_box&itscg=30200)**

**Google Podcasts (http://shorturl.at/wJOT1)**

**RSS (https://www.omnycontent.com/d/playlist/a8cdbf10-d816-4c77-9e79-aa1c012547e1/7ad78af9-b88e-4b8f-b02e-aa3801582d94/a9a43a44-0110-4df6-8d81-aa3801582d9d/podcast.rss?id=30626)**

**()**

**Program Menu**    ✚

# Programs

| 2022 | ⌄ |
|---|---|

| April | ⌄ |
|---|---|

**GO**

# April 18, 2022

**Does the same love language differ between a man and a woman?**

**PROGRAM DETAILS + AUDIO (/PROGRAMS/A-LOVE-LANGUAGE-MINUTE/2022/04-2022/2022.04.18-DOES-THE-SAME-LOVE-LANGUAGE-DIFFER-BETWEEN-A-MAN-AND-A-WOMAN/)**

# April 15, 2022

**Saying "I love you" without showing love.**

**PROGRAM DETAILS + AUDIO (/PROGRAMS/A-LOVE-LANGUAGE-MINUTE/2022/04-2022/2022.04.15-SAYING-I-LOVE-YOU-WITHOUT-SHOWING-LOVE/)**

# April 14, 2022

**Special needs children.**

**PROGRAM DETAILS + AUDIO (/PROGRAMS/A-LOVE-LANGUAGE-MINUTE/2022/04-2022/2022.04.14-SPECIAL-NEEDS-CHILDREN/)**

# April 13, 2022

**Balancing responsibilities and time with your spouse.**

The challenges of fulfilling your responsibilities and spending quality time with your spouse is a difficult balancing act. Difficult - yes; Impossible - no.

**PROGRAM DETAILS + AUDIO (/PROGRAMS/A-LOVE-LANGUAGE-MINUTE/2022/04-2022/2022.04.13-BALANCING-RESPONSIBILITIES-AND-TIME-WITH-YOUR-SPOUSE/)**

# April 12, 2022

**Giving gifts.**

**PROGRAM DETAILS + AUDIO (/PROGRAMS/A-LOVE-LANGUAGE-MINUTE/2022/04-2022/2022.04.12/)**

**LOAD MORE**

# SUBSCRIBE TO UPLIFT!

**Sign up to receive Moody Radio's monthly newsletter, delivered straight to your inbox! You'll get exclusive stories, helpful articles, and updates on what's happening at Moody Radio.**

First Name *

Last Name *

Email *

I have read and agree to Moody's **Terms of Use** and **Privacy Policy**. *

☐ I Agree

By submitting this form, you consent to receive promotional and other communications from Moody Radio, a ministry of Moody Bible Institute.

SUBMIT

## Stay Connected



(http://www.facebook.com/5LoveLanguages)



(http://twitter.com/drgarychapman)



(/mobile-apps/)

learn more about
*the 5 love languages*®

(https://www.moodypublishers.com/books/marriage-
and-family/the-5-love-languages/?
utm_source=Radio&utm_medium=button&utm_campaign=5%20Love%20Lan



## Dr. Gary Chapman

Gary Chapman, Ph.D. is an author, speaker, and counselor that has a passion for people, and for helping them form lasting relationships. Chapman is a well-known marriage counselor and director of marriage seminars. *The 5 Love Languages*® is one of Chapman's most popular titles, topping various bestseller charts for years, selling over twelve million copies and has been on the the New York Times best-sellers list continuously since 2007. Chapman has been directly involved in real-life family counseling since the beginning of his ministry years, and his nationally-syndicated radio programs air nationally on Moody Radio Network and over 400 affiliate stations.



# A Love Language™ Minute

A Love Language™ Minute draws from Dr. Gary Chapman's years of counseling experience, excerpts from his live events, and his answers to listeners' questions to give encouragement and practical help and hope for the relationships in your life

Also of Interest:

- Building Relationships (https://www.moodyradio.org/programs/building-relationships/)
- Chris Fabry Live (https://www.moodyradio.org/programs/chris-fabry-live/2021/10/2021.10.26-parenting-teenagers/)
- Kurt And Kate Mornings (https://www.moodyradio.org/kkm-2022-01-24)

## LOOKING FOR MORE?

- About Moody Radio (/who-we-are/)
- Affiliate Resources (/stations/affiliate/)
- Careers (http://www.moodyjobs.org)
- Contest Rules (/contest-entry/contest-rules/)
- Download a Program Schedule (/stations/stations-program-schedules/)
- Ways to Listen (/ways-to-listen/)

## STAY CONNECTED

Moody Radio

820 N. LaSalle Blvd.

Chicago, IL 60610

(312) 329-4300 (tel:312-329-4300)

(https://www.facebook.com/moodyradio/)          (https://www.instagram.com/moodyradio/)

(https://twitter.com/MoodyRadio?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor)

## MOODY RADIO'S PROMISE

Moody Radio is a Christian radio network that helps you take the next step in your journey with Jesus Christ by creating and delivering practical and life-changing content. We proclaim the Word to all cultures and generations by addressing today's issues from a biblical worldview.

MOODY (/LINK/54ACEA53E43A4DCD8AED7CE1557F0938.ASPX)

EDUCATION (/LINK/2E1F07B01C3E4FBA9F8D50D754F1B2C3.ASPX)

RADIO (/LINK/CACE6A24317E493CBAA3CEACDF03AE49.ASPX)

PUBLISHERS (HTTP://WWW.MOODYPUBLISHERS.COM/)

CONFERENCES (HTTP://WWW.MOODYCONFERENCES.COM/)

TODAY IN THE WORD (/LINK/6F3A55F7F22448E7B94749AD6A2E8FFC.ASPX)

## MOODY BELIEVES

(https://www.moodybible.org/beliefs/)

## KNOWING CHRIST

(https://www.moodybible.org/knowing-christ/)

Privacy Policy (/privacy-policy/)    Terms of Use (/terms-of-use/)    Sitemap (/sitemap/)

© Moody Bible Institute

5/5/22, 9:13 AM  The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am...



Women of Color Daily Devotional WINTER Edition  $13.18 ✓prime

**The 5 Apology Languages: The Secret to Healthy Relationships** and millions of other books are available for **Amazon Kindle.** Learn more Sponsored ⓘ

Books › Self-Help › Relationships



Look **inside** ↓

See this image



**Follow the Authors**

Gary Chapman  + Follow

Jennifer Thomas  + Follow

# The 5 Apology Languages: The Secret to Healthy Relationships

Paperback – January 3, 2022

by Gary Chapman  ˅ (Author), Jennifer Thomas  ˅ (Author)

★★★★½ ˅  158 ratings

See all formats and editions

| Kindle | Paperback |
|---|---|
| $9.59 | **$11.76** |
| Read with Our **Free App** | 19 Used from $10.81<br>20 New from $11.63 |

  Great on Kindle

### Great Experience. Great Value.

Enjoy a great reading experience when you buy the Kindle edition of this book. Learn more about *Great on Kindle,* available in select categories.

View Kindle Edition

**"I said I was sorry! What more do you want?"**

Even in the best of relationships, we mess up. We say and do things we deeply regret later on. So we need to make things right. But just saying you're sorry isn't enough. That's only the first step on the

˅ Read more

| Print length | Language |
|---|---|
| 📄 | 🌐 |
| 208 pages | English |

📘 **The Amazon Book Review**
Book recommendations, author interviews, editors' picks, and more.
Read it now

## Frequently bought together

**Buy new:**  **$11.76**
List Price: ~~$15.99~~ ⓘ
Save: $4.23 (26%)

Get **Fast, Free Shipping** with **Amazon Prime & FREE Returns** ˅

**FREE delivery** Wednesday, May 11 if you spend $25 on items shipped by Amazon

Or fastest delivery **Tomorrow, May 6.** Order within **5 hrs 1 min**

⌖ Select delivery location

**In Stock.**

As an alternative, the Kindle eBook is available now and can be read on any device with the free Kindle app.

Qty: 1 ˅

**Add to Cart**

**Buy Now**

🔒 **Secure transaction**

Ships from  Amazon.com
Sold by  Amazon.com

Return policy: **Eligible for Return, Refund or Replacement within 30 days of receipt** ˅

**prime**

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

Share ✉ f 🐦 📌  <Embed>

Have one to sell?

Sell on Amazon

**Other Sellers on Amazon**

5/5/22, 9:13 AM          The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am…



+   +  

Total price: **$28.32**

Add all three to Cart

☑ **This item:** The 5 Apology Languages: The Secret to Healthy Relationships by Gary Chapman  Paperback  $

☑ The 5 Love Languages: The Secret to Love that Lasts by Gary Chapman  Paperback  **$7.57**

☑ 5 Love Languages Of Children: The Secret To Loving Children Effectively by Gary Chapman  Paperback  **$8.**

$16.19    Add to Cart
& FREE Shipping
Sold by: bargainbookstores-

$12.75    Add to Cart
+ $3.99 shipping
Sold by: NewStart-Christian-BookStore

$13.03    Add to Cart
+ $3.99 shipping
Sold by: ZiFiti

**amazon** book clubs
early access

Add to book club

Not in a club? Learn more

Sponsored ⓘ

## Products related to this item

Sponsored ⓘ

**Just released**



**Just rel**



8-Week Couples Therapy Workbook: Essential Strategies to Connect, Improve Communica...
Jill Squyres Groubert PhD
★★★★★ 1
#1 New Release
Paperback
$15.29  ✓prime

The 6 Pillars of Intimacy: The Secret to an Extraordinary Marriage
Alisa DiLorenzo
★★★★★ 147
Paperback
$16.95  ✓prime

Things I Wish I'd Known Before My Child Became a Teenager
Gary Chapman
*Help your child navigate the teenage years and become a mature adult.*
★★★★½ 31
Paperback
$11.29  ✓prime

Attachm
Theo Wor
Workbo
Exercise
and Gro
Elizabeth
★★★
Paperbac
$16.6

## Editorial Reviews

### From the Back Cover

**"I said I was sorry! What more do you want?"**

We all mess up. We say and do things we deeply regret and try to make things right. But sometimes "I'm sorry" isn't enough.

Just as we give and receive love in different ways, each one of us also gives and receives apologies differently. This book will show you how to apologize—and receive apologies—in ways that actually work.

In *The 5 Apology Languages*, #1 *New York Times* bestselling author of *The 5 Love Languages*® Gary Chapman partners with Jennifer Thomas to help you say sorry in ways that are profoundly simple and deeply meaningful:

Express regret: "I'm sorry."
Accept responsibility: "I was wrong."
Make restitution: "How can I make it right?"
Plan for change: "I'll take steps to prevent a reoccurrence."
Request forgiveness: "Can you find it in your heart to . . . ?"

Start on the path to healing today and discover how the right apology language can make your friendships, family, and marriage stronger than ever before.

## About the Author

**GARY CHAPMAN**--author, speaker, counselor--has a passion for people and for helping them form lasting relationships. He is the #1 bestselling author of *The 5 Love Languages* series and director of Marriage and Family Life Consultants, Inc. Gary travels the world presenting seminars, and his radio programs air on more than 400 stations. For more information visit his website at www.5lovelanguages.com.

**JENNIFER M. THOMAS, Ph.D.,** is a motivational speaker specializing in the five love languages and communication. She is a business consultant and psychologist. She recently gave a TEDx talk on the two essentials for healthy relationships. Hint: They involve a love tank and forgiveness. She is co-author (with Gary Chapman) of *When Sorry Isn't Enough* and *The Five Languages of Apology*. Her books have been translated into fifteen foreign languages and sold hundreds of thousands of copies around the world. Jennifer has a doctoral degree in Clinical Psychology from the University of Maryland, as well as a BA in Psychology and Religion from the University of Virginia. Visit her website at www.drjenthomas.com to take a free apology profile and register for her enewsletter.

## Product details



Start reading The 5 Apology Languages: The Secret to Healthy Relationships on your Kindle in under a minute.

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.

**Publisher** : Northfield Publishing (January 3, 2022)

**Language** : English

**Paperback** : 208 pages

**ISBN-10** : 080242869X

**ISBN-13** : 978-0802428691

**Item Weight** : 7.2 ounces

**Dimensions** : 5.5 x 0.46 x 8.5 inches

**Best Sellers Rank:** #4,969 in Books (See Top 100 in Books)

#28 in Conflict Management

#32 in Family Conflict Resolution

#43 in Christian Family & Relationships

**Customer Reviews:** ★★★★½ ⌄          158 ratings



## Videos

Help others learn more about this product by uploading a video!

Upload video

## About the authors

Follow authors to get new release updates, plus improved recommendations.

Case: 1:22-cv-02374 Document #: 1-4 Filed: 05/05/22 Page 45 of 63 PageID #:265

5/5/22, 9:13 AM    The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am…



## Gary Chapman

Gary Chapman—author, speaker, and counselor—has a passion for people and for helping them form lasting relationships. He is the

See more on the author's page ›

Follow



## Jennifer Thomas

Dr. Jennifer M. Thomas is a TEDx speaker and psychologist in North Carolina.

See more on the author's page ›

Follow

## Products related to this item

Sponsored ⓘ









Just released





**Self-Care Check-In: A Guided Journal to Build Healthy Habits and Devote Time to You**
GG Renee Hill
★★★★½ 1,111
Paperback
$10.69 ✓prime

**Things I Wish I'd Known Before My Child Became a Teenager**
Gary Chapman
*Help your child navigate the teenage years and become a mature adult.*
★★★★½ 31
Paperback
$11.29 ✓prime

**The Ultimate Relationship Journal for Couples: Prompts and Practices to Connect…**
Miriam Torres Brinkmann PhD LMFT
★★★★★ 12
Paperback
$14.99 ✓prime

**Los 5 lenguajes del amor (Revisado): El secreto del amor que perdura (Favoritos / F…**
Gary Chapman
★★★★★ 4,700
Paperback
$4.99 ✓prime

**Los 5 lenguajes del amor: El secreto del amor que perdura (Spanish Edition)**
Gary Chapman
★★★★★ 2,123
Paperback
$12.59 ✓prime

26,880

Sponsored ⓘ

×

## How would you rate your experience shopping for books on Amazon today?



○———○———○———○———○
Very poor      Neutral       Great



## Customer reviews

Top reviews ▾

5/5/22, 9:13 AM                    The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am…

⭐⭐⭐⭐⯪ **4.7 out of 5**

158 global ratings

| | |
|---|---|
| 5 star | 81% |
| 4 star | 11% |
| 3 star | 4% |
| 2 star | 2% |
| 1 star | 2% |

˅ **How customer reviews and ratings work**

---

**Shop now**

Sponsored ⓘ

## Top reviews from the United States

Kelly V.

⭐⭐⭐⭐⭐ **Eye-opening!**

Reviewed in the United States on January 7, 2022

**Verified Purchase**

What a wonderful book! I'm so glad I read it. I recognized instantly my own apology language, and I was able to identify the languages of those around me, as well as the reasons people fail to give an adequate apology. This was so well-written and very helpful!

6 people found this helpful

Helpful        Report abuse

---

Larry

⭐☆☆☆☆ **Does not live up to past books**

Reviewed in the United States on January 12, 2022

**Verified Purchase**

Unfortunately I was very underwhelmed by this book. The past 2 books were outstanding, however this book did not live up to the past excellent books he has written

One person found this helpful

Helpful        Report abuse

---

Snowbird

⭐⭐⭐⭐☆ **Simple but hit home**

Reviewed in the United States on January 30, 2022

**Verified Purchase**

This book in parts was too basic but definitely had things that I needed to hear. Things to improve my apologies , things to understand myself, and things to understand others. Glad I read it.

Helpful        Report abuse

---

Michael Taylor  **VINE VOICE**

⭐⭐⭐⭐⭐ **Great Read On A Much Overlooked Topic**

Reviewed in the United States on February 3, 2022

"The 5 Apology Languages" is a great read for anyone wanting to improve (and anybody in their right mind wants to) their relationships. Around 190 pages, many topics are covered, including:

- The positive power of apologizing.

- The five love languages (a.k.a., people like be loved and appreciate in various ways).

- Reasons we need to seek forgiveness.

- Questions to ask yourself to help identify your preferred love language.

- Reasons why people don't apologize.

˅ **Read more**

5 people found this helpful

Helpful        Report abuse

---

PrincessWorthDyingFor

⭐⭐⭐⭐☆ **A Relationship Tool Everyone Needs**

Reviewed in the United States on February 22, 2022

Case: 1:22-cv-02374 Document #: 1-4 Filed: 05/05/22 Page 47 of 63 PageID #:267

5/5/22, 9:13 AM          The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am…

In the book The Five Apology Languages, authors Gary Chapman and Jennifer Thomas help their readers understand the nature of apologies and forgiveness by breaking down what they call the "five languages of apology". In a similar way that Gary Chapman explains the five languages of love in his best-selling book series, this author duo brings awareness to the fact that there are several different ways that someone apologizes. These five apology languages are expressing regret, accepting responsibility, making restitution, planned change, and requesting forgiveness. Through an engaging and easy-to-understand presentation, Chapman and Thomas help us see that understanding your apology languages as well as the apology languages of your loved ones will change the dynamic of practically every relationship in your life. Using many biblical principles, his exploration of apology and forgiveness is revolutionary and timely. Including a quiz to help you determine your apology languages as well as tools to help you determine your loved ones' languages, this is a tool that everyone young and old needs to have at their disposal.

˅ **Read more**

3 people found this helpful

> Helpful          Report abuse

A Turner

⭐⭐⭐⭐⭐ **Fabulous book!**

Reviewed in the United States on January 3, 2022

A great resource for navigating various types of relationships. Lots of practical examples and constructive advice for different situations. Highly recommend!

7 people found this helpful

> Helpful          Report abuse

Florida Mom

⭐⭐⭐☆☆ **It's a good book but**

Reviewed in the United States on April 12, 2022

**Verified Purchase**

It's a good book but just has a lot of stories to explain each point. Chapter 8 is very good

> Helpful          Report abuse

**See all reviews** ›

Back to top

5/5/22, 9:13 AM        The 5 Apology Languages: The Secret to Healthy Relationships: Chapman, Gary, Thomas, Jennifer: 9780802428691: Books - Am…

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

amazon   🌐 English   🇺🇸 United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates







# The 5 Love Languages® - Inspirational Adult Coloring Book

### An Adult Coloring Book

Dr. Gary Chapman and Majestic Expressions

**Buy Now**

**Bonus Materials**

  

filled with beautiful illustrations and quotes that will help reinforce the five ways to express and experience love while encouraging relaxation and peace. Be refreshed and renewed as you meditate on truths that help you nurture your closest relationships. Watch each page come alive as you fill the images with the beauty of color.

Take a break from your busy schedule and the stress that accompanies it. Celebrate your love and relationship, the worries of life can wait.

*Majestic Expressions Inspirational Adult Coloring Books: RELAX. REFRESH. RENEW.*

*Life is full of demands. Appointments, deadlines, obligations, and constant digital chatter occupy every moment and build a mountain of unhealthy stress and tension. Research shows that coloring can be an effective stress reducer, but true rest and peace are found in God.*

*Inspirational adult coloring books by Majestic Expressions incorporate these two ideas in one beautifully illustrated book*

## Customer Reviews

Love this book. The pages are full of beautifully creations that come alive with your hand to the page.

**Ursula**
Amazon

I have the 5 love languages book and this coloring book enhances the languages as I color.

**Anne Stephens**
Amazon

Love eve

**Shay Ho**
Amazon



 



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

## Bonus Materials



### Inspirational Adult Coloring Book
Sample Coloring Page





 

Help          Media          Contact

    

**Terms of Use**   **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

 



## The Love Languages™ Devotional Bible (NLT)

Spend each day growing in the word and growing closer as a couple

Dr. Gary Chapman

**Buy Now**

  

Dr. Gary Chapman has become a trusted expert on relationships. His teaching is based on the timeless wisdom of God's Word. Gary has been described by his readers and listeners as passionate, relevant, hopeful, effective, and practical. He brings this expertise and style to *The Love Languages Devotional Bible*. Its straightforward approach to reading through Scripture, complemented by brief devotional readings that apply the text to real-life relationships, will deepen couples' understanding of God and of each other. This Bible gathers together in one powerful, life-changing resource all the best of Gary's decades of counseling experience.

Research has shown that couples who read their Bibles and pray together enjoy a much healthier relationship. *The Love Languages Devotional Bible* is designed to make reading God's Word and praying as a couple enjoyable and rewarding.

It covers numerous topics, including communication, expectations, roles, sex, conflict, money, children, in-laws, and more.

## Customer Reviews

It's a perfect choice for couples of all ages with readings that apply 'text to real-life relationships and deepens couples' understanding of God and of each other.

**Gail**
Good Reads

This is an absolute treasure! Gary gives such wonderful insight on how to interpret God's word. Very thought provoking. NLT is easy to read.

**Sara Miller**
Amazon

Love this
devotior
thought-
lead to c
opportu
the best
understa
I've boug
friends a

**Sharon A**
Amazon



 

## About the Author



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages*® series, which has sold more than 20 million worldwide and has been translated into 50 languages. Dr. Chapman travels the world presenting seminars on marriage, family, and relationships, and his radio programs air on more than 400 stations. He lives in North Carolina with his wife, Karolyn.

**Help**        **Media**        **Contact**



**Terms of Use**   **Privacy Policy**





© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**

5/5/22, 9:12 AM The Love Language™ Quiz

  

# LOVE LANGUAGE™

## QUIZ

**For couples, singles, teens, and children.**

Take this quiz to discover your primary love language, what it means, and how you can use it to better connect with your loved ones.

When you are finished, you may print, share, or save your results for future reference - they will not be saved automatically.

**Start the Quiz**

The Love Language™ Quiz



 

    

**Terms of Use**   **Privacy Policy**



© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**



We require cookies for basic functionality, and to analyze website traffic. Learn More                    OK



## The 5 Love Languages® of Teenagers

The Secret to Loving Teens Effectively

Dr. Gary Chapman

**Buy Now**





## The Secret to Loving Teens Effectively

**Over 600,000 copies sold!**

Socially, mentally, and spiritually, teenagers face a variety of pressures and stresses each day. Despite these pressures, it is still parents who can influence teens the most, and *The 5 Love Languages of Teenagers* equips parents to make the most of that opportunity.

In this adaptation of the #1 *New York Times* bestseller *The 5 Love Languages*®, Dr. Gary Chapman explores the world in which teenagers live, explains their developmental changes, and gives tools to help you identify and appropriately communicate in your teen's love language.

## Get practical tips for how to:

- ✓ Express love to your teen effectively

- ✓ Navigate the key issues in your teen's life, including anger and independence

- ✓ Set boundaries that are enforced with discipline and consequences

- ✓ Support and love your teen when he or she fails





## Customer Reviews

This is a great book for parents with teenagers. I have two and this book was right on queue. Raising teens in this day and age is difficult, but if you can figure out their love language and fill their tank, you will succeed. Thank you Dr. Chapman!

Yolanda
Good Reads



←   →

## About the Author



## Dr. Gary Chapman

Gary Chapman, PhD, is the author of the bestselling *The 5 Love Languages®* series, which has



Karolyn.

# Bonus Materials



?  **Teenagers Love Language™ Quiz**
Take the Free Online Quiz                                    →

📄  **Study Guide**
Free Download                                                ☁

📄  **Personal Profile for Teens**
Free Download                                                ☁

Help          Media          Contact



Terms of Use    Privacy Policy





© 2022 Moody Publishers. All Rights Reserved.

Designed & Developed at **Grooters Interactive**