# Exhibit E

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 90380334
Filing Date: 12/14/2020

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Black Love Languages |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Black Love Languages |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Muhammad, Tiy-E |
| *MAILING ADDRESS | 570 Piedmont Ave NE, Suite #55501 |
| *CITY | Atlanta |
| *STATE (Required for U.S. applicants) | Georgia |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 30308 |
| PHONE | 213-309-7606 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | www.Blacklovelanguages.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| | Publishing of books, e-books, audio books, music and |

| *IDENTIFICATION | illustrations |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/30/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/08/2020 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-3-260017002c512220a1_5fb323dd3744ed-2020121414 2227287166_._BlackLL_USPT O_2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\803\90380334\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | www.Blacklovelanguages.com 12/14/2020 |
| ADDITIONAL STATEMENTS INFORMATION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| CORRESPONDENCE INFORMATION | |
| NAME | Muhammad, Tiy-E |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | relyonpeace@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | relyonpeace@gmail.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /tiye muhammad/ |
| * SIGNATORY'S NAME | TiyE Muhammad |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 213-309-7606 |
| * DATE SIGNED | 12/14/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 90380334
Filing Date: 12/14/2020

### To the Commissioner for Trademarks:

**MARK:** Black Love Languages (Standard Characters, see mark)
The literal element of the mark consists of Black Love Languages. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Tiy-E Muhammad, a citizen of United States, having an address of
   570 Piedmont Ave NE, Suite #55501
   Atlanta, Georgia 30308
   United States
   213-309-7606(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041: Publishing of books, e-books, audio books, music and illustrations

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 07/30/2020, and first used in commerce at least as early as 08/08/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) www.Blacklovelanguages.com 12/14/2020.

**Original PDF file:**
SPE0-3-260017002c512220a1_5fb323dd3744ed-2020121414_2227287166_._BlackLL_USPT_O_2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For informational purposes only, applicant's website address is: www.Blacklovelanguages.com
The applicant's current Correspondence Information:
   Muhammad, Tiy-E
   PRIMARY EMAIL FOR CORRESPONDENCE: relyonpeace@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): relyonpeace@gmail.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- [x] **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /tiye muhammad/   Date: 12/14/2020
Signatory's Name: TiyE Muhammad
Signatory's Position: Owner
Signatory's Phone Number: 213-309-7606
Payment Sale Number: 90380334
Payment Accounting Date: 12/14/2020

Serial Number: 90380334
Internet Transmission Date: Mon Dec 14 14:57:34 ET 2020
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20201214145734337459-90380334-
750a4a132b0f098be1dfb69572f48a2659e9ba87
c28436201616b54c9c465f79e5-CC-57335510-2
02012141422227287166

# Black Love Languages

# BlackLoveLanguages