# Exhibit F

Search Topics | HOME | FIND A THERAPIST | BECOME AN AUTHOR |  | GETTING MARRIED | MARRIED LIFE | MARRIAGE HELP! | Login

*Black Love Languages*



1. Build the skills needed to become a bestselling author of Black Love
2. Master the fundamentals of cultural book writing
3. Create a positive author mindset
4. Write your first book to become an author of Love
5. Publish your book to become a published author of Love

  

If you're a first-time author, we'd completely understand you not knowing **how to get a book published**. After all, there are now more publishing options than ever. Every author has to decide for themselves how to publish, taking into account the relative benefits and what they really want from of the experience — fame and fortune, literary repute, or simply being able to say they've done it.



BECOME AN AUTHOR | GET PUBLISHED | SUBMIT WRITING SAMPLE

**Steps for Getting Your Book Published**
1. Edit and proofread. One or two typos won't sink your career, but a bevy of them will make you look unprofessional. ...
2. Identify a target audience for your book. ...
3. Identify potential agents. ...
4. Submit your book proposal. ...
5. Submit directly to a publisher.

**Therapist Menu**
Find a Therapist
Login
My Account
Write an Article

**Our Purpose**
Whether you are looking for therapy, information, or perhaps you're a therapist who wants to increase your profile or visibility by writing for our site, I hope you'll take your time, look around and become a part of our community. Please subscribe and check back often to access new articles as soon as they're posted. I also hope that in this month of Black Love and History, that you find everything you want and need, from the inside out.

**Sponsorship, Gifting, Questions & Feedback**

Name *

E-mail *

Message *

☐ By using this form you agree with the storage and handling of your data by this website

SUBMIT

CLOSE

HOME

FIND A THERAPIST

GET LISTED

GETTING MARRIED

MARRIAGE HELP!

MARRIED LIFE

MY ACCOUNT

WRITE AN ARTICLE



MARRIAGE HELP!     Login



# SAVE YOUR MARRIAGE FROM DIVORCE

READ FULL STORY ▶

