# Exhibit G



# My Black Marriage

HOME | FIND A THERAPIST | BECOME AN AUTHOR | GETTING MARRIED | MARRIED LIFE | MARRIAGE HELP! | Login

## Find a Doctor or Therapist

Search Topics | Search your page | Near | Select Location | SEARCH

### Filter Your Search

**SPECIALTY**
- ADHD
- Anger Management
- Anxiety
- Behavioral Issues
- Child or Adolescent
- Depression
- Domestic Violence
- ☑ Faith-based Christian Counseling
- Family
- Grief
- Life Coaching
- Marriage
- Relationship Issues
- Self-Esteem
- Stress

more

**CHOOSE LOCATION**

**Locations**
- United States
- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Florida
- Georgia
- Hawaii
- Idaho
- ☑ Illinois

more

Applied filters: Faith-based Christian Counseling ⊗ Illinois ⊗ Clear all

Showing 1 - 1 of 1

Sort by: Newest First

### Jasclyn Coney

- **Specialty** Faith-based Christian Counseling, Life Coaching
- 1507 W. 115th Street Chicago, IL, Chicago, Illinois 60643, United States
- 708.885.0288

4/19/2022

HOME FIND A THERAPIST BECOME AN AUTHOR GETTING MARRIED MARRIED LIFE VULNERABLE HELP

## Black Love Languages



1. Build the skills needed to become a bestselling author of Black Love
2. Master the fundamentals of cultural book writing
3. Create a positive author mindset
4. Write your first book to become an author of Love
5. Publish your book to become a published author of Love



If you're a first-time author, we'd completely understand you not knowing how to get a book published. After all, there are now more publishing options than ever. Every author has to decide for themselves how to publish, taking into account the relative benefits and what they really want from the experience — fame and fortune, literary repute, or simply being able to say they've done it.



### BECOME AN AUTHOR      GET PUBLISHED      SUBMIT WRITING SAMPLE

**Steps for Getting Your Book Published**
- Edit and proofread. One or two typos won't sink your career. But a bevy of them will make you look unprofessional.
2. Identify a target audience for your book.
3. Identify potential agents.
4. Submit your book proposal.
5. Submit directly to a publisher

**Therapist Name**
Find a Therapist
Login
My Account
Write an Article

**Our Purpose**
Whether you are looking for therapy, information or partners you're interested in the rights to access your profile, or ability to sell to our site, they all have journals, Black audience and a Black sense of community. Black audience and Black governments access new articles as soon as they're posted. I also hope that this month of Black Love and History Month, you find everything you need and less, from the inside out.

Sponsorship, Critique, Question & Feedback

Name
Email
Message

By signing below you agree with the storage and handling of your data by this website.

Submit



2021 My Black Marriage® — Find a Therapist · Login · My Account · Write an Article