# Exhibit I



HOME    YOUR THERAPIST    COUNSELING APPROACHES    SERVICES

ONLINE COUNSELING    CLIENT FORMS



If you're feeling unfulfilled, frustrated, or

# blocked by your current situation, seeking help is where change begins.

If you are having an emergency or feeling unsafe, please call 9-1-1 immediately.

## Mission

The mission of One Love Counseling Services is to help you get from where you are to where you want to be. Our person-centered approach is designed to assess the root of an issue, and then help support an individual, family, or couple on the path to thinking differently and therefore creating different, more positive outcomes. We believe healing happens from the inside out, and we are committed to partnering with individuals and families in their journey to live happier, healthier lives. We look forward to meeting with you in the greater Atlanta area. Outside of our area? No problem - we are excited to now be able to provide face to face online counseling that can be done from your cell phone, laptop, or any other device. Click here for more info on online counseling sessions. Privacy and confidentiality is the cornerstone of OneLove Counseling Services.

*Click below for Online Sessions*

**Psychology Today**



wecounsel
secure telehealth at your convenience

# *Therapeutic Counseling Approaches*

## Cognitive Behavior Therapy (CBT)

(CBT) is a short-term, goal-oriented psychotherapy treatment that takes a hands-on, practical approach to problem-solving. Its goal is to change patterns of thinking or behavior that are behind people's difficulties, and so change the way they feel.





## Person-Centered Therapy

This approach works to understand an individual's experience from their point of view. The counselor must positively value the client as a person in all aspects of their humanity while aiming to be open and genuine. This is vital to help an individual feel accepted and better understand their own feelings – essentially helping them to reconnect with their inner values and sense of self-worth.

## Solution-Focused Brief Therapy (SFBT)

Unlike traditional forms of therapy that take time to analyze problems, pathology, and past life events, Solution-Focused Brief Therapy (SFBT) concentrates on finding solutions in the present time and exploring one's hope for the future to find a quicker resolution of one's problems. This method takes the approach that you know what you need to do to improve your own life and, with the appropriate coaching and questioning, are capable of finding the best solutions.



## Sex Therapy

Sex therapy is a type of psychotherapy that addresses mental health issues and/ or emotional concerns affecting a person's sexual function, drive, and/or desire for intimacy.

## Walk & Talk Therapy

Walk & Talk Therapy is just like it sounds—the client and the therapist are outside walking during therapy instead of sitting inside an office. This approach builds rapport and humanizes the therapist while instantaneously assisting the client with the releasing of endorphins and enjoying nature along the way. #comewalkwithme



## Couples Dance Therapy

CDT uses movement and dance to explore physical, emotional, and spiritual challenges. It is a dynamic, creative, physical approach to healing.

## Humanistic Therapy

**(Humanism)** is grounded in the belief that people are innately good. This type of psychology holds that morality, ethical values, and good intentions are the driving forces of behavior, while adverse social or psychological experiences can be attributed to deviations from natural tendencies.





## Holistic Therapy

The goal of a holistic approach is to balance all the different aspects of the person, so the entire person is addressed in treatment and not just one aspect of the person.

## Professional Services Offered

# SPORT-EXERCISE PSYCHOLOGY



# SPIRITUAL COUNSELING



# LIFE CONSULTING



# DOMESTIC VIOLENCE



# STRESS MANAGEMENT



# GRIEF COUNSELING



# SELF-ESTEEM COUNSELING



# MARRIAGE AND FAMILY COUNSELING



## Your Therapist

Dr. Tiy-E Muhammad, a Licensed Psychotherapist (LPC), Certified Professional Counselor Supervisor (CPCS), Psychology Professor, Radio & TV Personality, Life-Consultant, Author, Writer

for www.MyBlackMarriage.com, Motivational Speaker, Educator, Vegan Mentor, Fitness Pundit, and Spiritual Advisor, my life is dedicated to fulfilling my Godly purpose; which is to help people



achieve inner peace, love, and great health. I've had the good fortune to spend decades healing relationships and promoting GODLY happiness through my books, workshops, and on Radio and Television. I hold an Ed.D. in Community Counseling from Argosy University, an M.S. in Educational Psychology from Eastern Illinois University, a Bachelor's in Political Science from Eastern Illinois University, and recently completed a second Master's in Sport-Exercise Psychology from Argosy University.

As a Nationally Certified Counselor (NCC), I view my client's challenges from a Solution-Focused and Holistic perspective. All obstacles are considered from a mental, spiritual, and physical standpoint because all aspects of life are interconnected. As we explore the root of the problem (how did we get here?), we will also look at how it impacts every facet of your life, with our goal being for you to achieve a breakthrough on every level. I look forward to journeying with you as we work together to help you move forward and become a healthier, happier, more peaceful, and productive you. Remember, "What You Don't' Reveal, You Can Not Heal."

At One Love Counseling Services, we have a network of licensed therapists and life-advisors available to help meet your needs. Contact us today and let us help connect you to the right professional to help you accomplish your goals.

## Client Testimonials



## Download Client Forms

[Client Confidentiality Form](#)

[Intake Questionaire Form](#)

   

PRICING ON SCALE AVAILABLE

No insurance accepted (Private Pay Only). We will work on a sliding scale to find appropriate pay that fits your budget.



**Address**

160 Clairemont Avenue

Suite 200

Decatur, GA. 30030



**Business Hours**

Sunday -Thursday ...11-7 PM

Friday – Saturday ... Closed



©OneLove Counseling Services 2018. All rights reserved. | Created by www.Presise.biz