# Exhibit J

4/17/22, 10:18 AM                                    Black love Languages

CLOSE

HOME

FIND A THERAPIST

GET LISTED

GETTING MARRIED

MARRIAGE HELP!

MARRIED LIFE

MY ACCOUNT

WRITE AN ARTICLE



**MARRIAGE HELP!**        👤 Login



## SAVE YOUR MARRIAGE FROM DIVORCE

READ FULL STORY ▶



Search
Topics

HOME
FIND A THERAPIST
BECOME AN AUTHOR





GETTING MARRIED        MARRIED LIFE        MARRIAGE HELP!        Login

