# Exhibit L

 

# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## TTABVUE. Trademark Trial and Appeal Board Inquiry System  v2.2.2

# Opposition

**Number:** 91274784  **Filing Date:** 03/01/2022
**Status:** Pending  **Status Date:** 03/02/2022
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** MARY CATHERINE FAINT
**Paralegal Name:** NICOLE M THIER

### Defendant

**Name:** Tiy-E Muhammad
**Correspondence:** CLAY MCGURK
THE LAW OFFICE OF CLAY MCGURK
PO BOX 1488
ORANGE, CA 92856
UNITED STATES
claymcgurk@gmail.com
Phone: 949-395-3942

**Serial #:** 90380334   Application File   Assignment
**Application Status:** Opposition Pending
**Mark:** BLACK LOVE LANGUAGES

### Plaintiff

**Name:** The Moody Bible Institute of Chicago
**Correspondence:** DERRICK M. THOMPSON, JR.
TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER DRIVE SUITE 2800
CHICAGO, IL 60601
UNITED STATES
DMTIPTeam@taftlaw.com, moodyipteam@taftlaw.com
Phone: 312-527-4000

**Serial #:** 86236645   Application File   Assignment   **Registration #:** 4636739
**Application Status:** Section 8 and 15 - Accepted and Acknowledged
**Mark:** THE 5 LOVE LANGUAGES

**Serial #:** 97040805   Application File   Assignment
**Application Status:** New Application - Record Initialized Not Assigned to Examiner
**Mark:** LOVE LANGUAGES

**Serial #:** 90889095   Application File   Assignment
**Application Status:** New Application - Record Initialized Not Assigned to Examiner
**Mark:** LOVE LANGUAGES

| | | | |
|---|---|---|---|
| **Serial #:** 97140811 | Application File | Assignment | |
| **Application Status:** | New Application - Record Initialized Not Assigned to Examiner | | |
| **Mark:** LOVE LANGUAGE | | | |

| | | | |
|---|---|---|---|
| **Serial #:** 90889106 | Application File | Assignment | |
| **Application Status:** | New Application - Record Initialized Not Assigned to Examiner | | |
| **Mark:** LOVE LANGUAGES | | | |

| | | | |
|---|---|---|---|
| **Serial #:** 77870622 | Application File | Assignment | **Registration #:** 3810681 |
| **Application Status:** REGISTERED AND RENEWED | | | |
| **Mark:** THE FIVE LOVE LANGUAGES | | | |

| | | | |
|---|---|---|---|
| **Serial #:** 97092022 | Application File | Assignment | |
| **Application Status:** | New Application - Record Initialized Not Assigned to Examiner | | |
| **Mark:** LOVE LANGUAGE | | | |

## Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 6 | 04/12/2022 | ANSWER | |
| 5 | 04/12/2022 | D MOT FOR EXT W/O CONSENT | |
| 4 | 03/10/2022 | D APPEARANCE / POWER OF ATTORNEY | |
| 3 | 03/02/2022 | INSTITUTED | |
| 2 | 03/02/2022 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 04/11/2022 |
| 1 | 03/01/2022 | FILED AND FEE | |

Results as of 04/18/2022 09:41 AM     **Search:**

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY |