IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MOODY BIBLE INSTITUTE OF CHICAGO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIY-E MUHAMMAD, and ONELOVE COUNSELING SERVICES (TM), LLC<br><br>　　　　　Defendants. | Case No. 1:22-cv-02374<br><br>Honorable Thomas M. Durkin |

## CONSENT DECREE

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement, filed under seal with this consent decree, under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

**1.**
## SETTLEMENT AGREEMENT AND RELEASE

[FILED UNDER SEAL]

**2.**　By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of this consent decree.

**3.**　Except as necessary to enforce the terms of this consent decree, this case is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: October 26, 2022 | TAFT STETTINIUS & HOLLISTER LLP |

/s/*O. Joseph Balthazor Jr.*
Derrick M. Thompson, Jr.
Paul D. McGrady, Jr.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
dthompson@taftlaw.com
pmcgrady@taftlaw.com

O. Joseph Balthazor, Jr. (*pro hac vice*)
80 South Eighth Street, Suite 2200
Minneapolis, MN 55402
(612) 977-8400
jbalthazor@taftlaw.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: October 26, 2022 | WINDY CITY TRIAL GROUP, INC. |

/s/*Denny Esford (with email consent)*
Denny Esford
180 N. LaSalle Street, Suite 3700
Chicago, IL 60601
P: 312.405.7725
denny@windycitytrialgroup.com

*Attorney for Defendants*