# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

The Moody Bible Institute of Chicago

                                  Plaintiff,

v.                                                                      Case No.: 1:22−cv−02374

                                                                         Honorable Thomas M. Durkin

Tiy−E Muhammad, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the consent decree, this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction for the purpose of enforcing the terms of the consent decree. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.